**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RUMEN MAKAVEEV, Individually and On Behalf of All Others Similarly Situated,

               Plaintiff,

      v.

RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:25-cv-01596-FWS-KES

**ORDER REGARDING RESPONSE TO COMPLAINT [19]**

Hon. Fred W. Slaughter

Before the Court is the parties' Joint Stipulation Regarding Response to Complaint [19] ("Joint Stipulation"). Having been considered, and good cause appearing therefor, the Court **GRANTS** the Joint Stipulation.

**IT IS NOW HEREBY ORDERED** that:

1. Defendants shall not be required to respond to the Complaint until after a Lead Plaintiff is appointed and the Lead Plaintiff designates an operative complaint or files an amended complaint.

CASE NO. 8:25-CV-01596-FWS-KES

2.      Within 7 days of appointment of a Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3), counsel for the Lead Plaintiff(s) and Defendants shall meet and confer regarding scheduling, and within 14 days of appointment of a Lead Plaintiff the Parties shall submit a stipulation for the Court's approval with the Parties' proposed schedule for the filing of an amended complaint (if any) and the filing of any motion to dismiss.

**IT IS SO ORDERED.**

Dated: August 21, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

-2-      CASE NO. 8:25-CV-01596-FWS-KES