ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RUMEN MAKAVEEV, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>    vs.<br><br>RxSIGHT, INC., et al.,<br><br>                         Defendants. | Case No. 8:25-cv-01596-FWS-KES<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:       October 23, 2025<br>TIME:       10:00 a.m.<br>JUDGE:     Hon. Fred W. Slaughter<br>CTRM:      10D |

4930-7946-5834.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Thursday, October 23, 2025 at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Fred W. Slaughter, Courtroom 10D, Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Santa Ana, CA, 92701, the Michigan Laborers' Pension Fund (the "Pension Fund") will and hereby does move this Court for an order pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (i) consolidating the two related securities class actions: *Makaveev v. RxSight, Inc.*, No. 8:25-cv-01596 (C.D. Cal.); and *Gémesi v. RxSight, Inc.*, No. 8:25-cv-02093 (C.D. Cal.); (ii) appointing the Pension Fund as Lead Plaintiff; and (iii) approving the Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.[1]  In support of this Motion, the Pension Fund submits the accompanying Memorandum of Law, the Declaration of Danielle S. Myers, and a [Proposed] Order.

DATED:  September 22, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY

s/ Danielle S. Myers
DANIELLE S. MYERS

---

[1]   Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Pension Fund cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on September 22, 2025. Accordingly, the Pension Fund's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact the Pension Fund cannot confer with unknown movants.

- 1 -

4930-7946-5834.v1

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

WATKINS, PAWLICK, CALATI
  & PRIFTI, PC
LAUREN CRUMMEL
1423 E. Twelve Mile Road
Madison Heights, MI  48071
Telephone:  248/658-0797
248/658-0801 (fax)
lcrummel@wpcplaw.com

Additional Counsel

- 2 -

4930-7946-5834.v1