ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RUMEN MAKAVEEV, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> RxSIGHT, INC., et al., <br><br> Defendants. | Case No. 8:25-cv-01596-FWS-KES <br><br> CLASS ACTION <br><br> DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:   October 23, 2025 <br> TIME:   10:00 a.m. <br> JUDGE:   Hon. Fred W. Slaughter <br> CTRM:   10D |

4918-6659-1082.v1

I, Danielle S. Myers, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for the Michigan Laborers' Pension Fund (the "Pension Fund") and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of the Pension Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of first-filed class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on July 22, 2025;

Exhibit B:   Notice of pendency of *Gémesi* Action published in *Business Wire* on September 16, 2025;

Exhibit C:   The Pension Fund's sworn Certification; and

Exhibit D:   The Pension Fund's estimated loss, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of September, 2025 at San Diego, California.

s/ Danielle S. Myers<br>DANIELLE S. MYERS

- 1 -

4918-6659-1082.v1