# EXHIBIT C

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Michigan Laborers' Pension Fund ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      (a)     Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Soderberg v. Apellis Pharmaceuticals, Inc.,* No. 1:23-cv-00834 (D. Del.)

(b)     Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Coleman v. Charles River Laboratories International, Inc.*, No. 1:23-cv-11132 (D. Mass.)
*In re UiPath, Inc. Sec. Litig.,* No. 1:23-cv-07908 (S.D.N.Y.)
*In re Paycom Software, Inc. Sec. Litig.,* No. 5:23-cv-01019 (W.D. Okla.)
*Munch v. Sprout Social, Inc.*, No. 1:24-cv-03867 (N.D. Ill.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

RXSIGHT

Exhibit C
006

I declare under penalty of perjury that the foregoing is true and correct.  Executed this __19__ day of September, 2025.

Michigan Laborers' Pension Fund

By: _____
Alex Zurek, Chairman

By: _____
Robert Coppersmith, Secretary

- 2 -

RXSIGHT
Exhibit C
007

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 11/08/2024 | 5,335 | $47.39 |
| 12/16/2024 | 3,165 | $38.68 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/22/2025 | 8,500 | $14.32 |

Prices listed are rounded to two decimal places.

Exhibit C
008