Patrice L. Bishop (182256)
pbishop@aftlaw.com
ABRAHAM, FRUCHTER
 & TWERSKY, LLP
9440 Santa Monica Blvd.
Bank of America Building
Suite 301
Beverly Hills, CA 90210
Tel: (310) 279-5125
Fax: (212) 279-3655

*Counsel for Proposed Lead Plaintiff*
*Trust of the Retirement System*
*of the UPR*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMEN MAKAVEEV, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN, <br><br> Defendants. | Case No. 8:25-cv-01596-FWS (KESx) <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF MOTION AND MOTION OF THE TRUST OF THE RETIREMENT SYSTEM OF THE UPR FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> Date:   October 23, 2025 <br> Time:   10:00 am <br> Crtrm: 10D – 10th Floor <br> Judge: Hon. Fred W. Slaughter |

[Caption Continued on Next Page]

OLGA GÉMESI, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

    v.

RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN,

          Defendants.

Case No. 8:25-cv-02093

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE on October 23, 2025, before the Honorable Fred W. Slaughter, Courtroom 10D – 10th Floor of the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Room 1053 Santa Ana, CA 92701, the Trust of the Retirement System of the UPR (the "UPR Retirement Trust" or "Movant") will move this Court for an Order, pursuant Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Pub. L. No. 104-67, 109 Stat. 737: (1) consolidating the above-captioned actions; (2) appointing it as Lead Plaintiff of the putative class; (3) approving its selection of the law firm of Abraham, Fruchter & Twersky, LLP ("AF&T") to serve as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that the UPR Retirement Trust is the most adequate lead plaintiff, as defined by the PSLRA, because it filed a timely motion in response to a notice, has a significant financial interest in the outcome of this litigation, and will typically and adequately represent the putative class's interests. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii). In addition, the UPR Retirement Trust's selection of AF&T as lead counsel for the putative class is reasonable and should be approved. *See* 15 U.S.C. §78u-4(a)(3)(B)(v).

A conference of counsel, pursuant to L.R. 7-3, was not held before the filing of this Motion because Movant had no way of knowing the identities of competing movants because the time for filing of this Motion is dictated by the PSLRA.

///

///

///

The UPR Retirement Trust makes and bases this Motion on the attached Memorandum of Points and Authorities and the concurrently filed Declaration of Patrice L. Bishop ("Bishop Decl."), along with the pleadings and other files herein and such other written and oral arguments as may be presented to the Court.

ABRAHAM, FRUCHTER
& TWERSKY, LLP

Dated:  September 22, 2025        By: /s/ Patrice L. Bishop
                                   Patrice L. Bishop
                                   9440 Santa Monica Blvd.
                                   Bank of America Building
                                   Suite 301
                                   Beverly Hills, CA 90210
                                   Tel:    (310) 279-5125
                                   Email: pbishop@aftlaw.com

                                   ABRAHAM, FRUCHTER
                                   & TWERSKY, LLP
                                   Mitchell M.Z. Twersky
                                   Atara Twersky
                                   Lawrence D. Levit
                                   Dylan A. Berger
                                   450 Seventh Avenue, 38th Floor
                                   New York, NY  10123
                                   Tel:    (212) 279-5050
                                   Fax:    (212) 279-3655
                                   Email: mtwersky@aftlaw.com
                                          atwersky@aftlaw.com
                                          llevit@aftlaw.com
                                          dberger@aftlaw.com

                                   *Counsel for Proposed Lead Plaintiff*
                                   *Trust of the Retirement System of the UPR*

2