UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMEN MAKAVEEV, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:25-cv-01596-FWS (KESx) |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN, | |
| Defendants. | |
| | |
| OLGA GÉMESI, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:25-cv-02093 |
| Plaintiff, | |
| v. | |
| RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN, | |
| Defendants. | |

Having considered the Motion for Consolidating the Above-Captioned Actions, Appointment of Lead Plaintiff and Lead Counsel (the "Motion") filed by the Trust of the Retirement System of the UPR,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Court hereby consolidates the above-captioned actions for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure under the following caption:

| In re RXSIGHT, INC., SECURITIES LITIGATION | Master File No. 8:25-cv-01596-FWS (KESx) |
|---|---|
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | |

3.      A Master Docket and Master File are hereby established for this Action.  The Master File shall be Civil Action No. 8:25-cv-01596-FWS (KESx). Entries in the Master Docket shall be applicable to this Action and any subsequently filed actions related hereto, as more fully set forth below.

4.      When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

        a.      file a copy of this Order in the separate file for such action, and

        b.      make the appropriate entry in the docket for this action.

5.      Each new case which arises out of the subject matter of this Action that is filed in this Court or transferred to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this

1

Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

3.  The Trust of the Retirement System of the UPR (the "UPR Retirement Trust") is appointed as Lead Plaintiff.

4.  Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the UPR Retirement Trust's selection of counsel is approved and Abraham, Fruchter & Twersky, LLP is appointed as Lead Counsel.

5.  Plaintiffs' Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

    a.  to coordinate the briefing and argument of motions;

    b.  to coordinate the conduct of discovery proceedings;

    c.  to coordinate the examination of witnesses in depositions;

    d.  to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

    e.  to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

    f.  to coordinate all settlements negotiations with counsel for defendants;

    g.  to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

    h.  to supervise any other matters concerning the prosecution, resolution or settlement of this action.

6.     No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.   No settlement negotiations shall be conducted without the approval of Lead Counsel.

7.     Counsel in any related action that is consolidated with this action shall be bound by this organization of Plaintiffs' counsel.

IT IS SO ORDERED.


Dated: _____, 2025

_____
Honorable Fred W. Slaughter
United States District Judge


Respectfully Submitted by,

ABRAHAM, FRUCHTER
 & TWERSKY, LLP
Patrice L. Bishop
9440 Santa Monica Blvd.
Bank of America Building
Suite 301
Beverly Hills, CA 90210
Tel:     (310) 279-5125
Email:  pbishop@aftlaw.com

ABRAHAM, FRUCHTER
 & TWERSKY, LLP
Mitchell M.Z. Twersky
Atara Twersky
Lawrence D. Levit
Dylan A. Berger
450 Seventh Avenue, 38th Floor
New York, NY  10123
Tel:     (212) 279-5050
Fax:     (212) 279-3655
Email:  mtwersky@aftlaw.com
        atwersky@aftlaw.com
        llevit@aftlaw.com
        dberger@aftlaw.com

*Counsel for Proposed Lead
Plaintiff Trust of the Retirement
System of the UPR*

3