Patrice L. Bishop (182256)
pbishop@aftlaw.com
ABRAHAM, FRUCHTER
 & TWERSKY, LLP
9440 Santa Monica Blvd.
Bank of America Building
Suite 301
Beverly Hills, CA 90210
Tel: (310) 279-5125
Fax: (212) 279-3655

*Counsel for Proposed Lead Plaintiff*
*Trust of the Retirement System*
*of the UPR*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMEN MAKAVEEV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN,<br><br>Defendants. | Case No. 8:25-cv-01596-FWS (KESx)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF PATRICE L. BISHOP IN SUPPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:   October 23, 2025<br>Time:  10:00 am<br>Crtrm: 10D – 10th Floor<br>Judge: Hon. Fred W. Slaughter |

[Caption Continued on Next Page]

OLGA GÉMESI, Individually and on Behalf of All Others Similarly Situated,

              Plaintiff,

      v.

RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN,

              Defendants.

Case No. 8:25-cv-02093

I, Patrice L. Bishop, declare and say that:

1.     I am Of Counsel with the law firm of Abraham, Fruchter & Twersky, LLP ("AF&T"), a member of the State Bar of California, and admitted to practice before this Court.  AF&T is counsel for lead plaintiff movant the Trust of the Retirement System of the UPR (the "UPR Retirement Trust") and proposed lead counsel for the putative class of the above-captioned securities class actions.  I submit this Declaration in support of the UPR Retirement Trust's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and if called as a witness could and would competently testify thereto.

2.     Attached hereto Exhibit "1" is a true and correct copy of the notice of pendency of *Makaveev v. RxSight, Inc., et al.,* Case No. 8:25-cv-01596, published on *Business Wire*, a national business-oriented wire service, on July 22, 2025.

3.     Attached hereto as Exhibit "2" is a true and correct copy of the UPR Retirement Trust's sworn certification.

4.     Attached hereto as Exhibit "3" is a true and correct copy of the loss chart summarizing the UPR Retirement Trust's transactions in RxSight, Inc. securities and the corresponding losses calculated pursuant to the provisions of the PSLRA.

5.     Attached hereto as Exhibit "4" is a true and correct copy of AF&T's firm resumé.

6.     A conference of counsel, pursuant to L.R. 7-3, was not held before the filing of this Motion because Movant had no way of knowing the identities of competing movants because the time for filing of this Motion is dictated by the PSLRA.

///

///

1

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed this 22nd day of September 2025, at Los Angeles, California.


/s/ *Patrice L. Bishop*
Patrice L. Bishop
Declarant

2