# EXHIBIT 1

Jul 22, 2025 5:30 PM Eastern Daylight Time

# RXST CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of RxSight, Inc. Investors

**Share**

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Central District of California, captioned *Makaveev v. RxSight, Inc., et al.,* Case No. 8:25-cv-01596, on behalf of persons and entities that purchased or otherwise acquired RxSight, Inc. ("RxSight" or the "Company") (NASDAQ: RXST) securities between **November 7, 2024 and July 8, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR RXSIGHT INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On July 8, 2025, after the market closed, RxSight reported preliminary second quarter 2025 financial results, revealing significant declines in LDD sales, and LAL utilization, and overall revenue. The Company also lowered its full year 2025 guidance by approximately $42.5 million at the midpoint. The Company's Chief Executive Officer, Ronald Kurtz, also disclosed that "[a]doption challenges over the last few quarters have been a primary reason for the LDD stall."

On this news, RxSight's stock price fell $4.84, or 37.8%, to close at $7.95 per share on July 9, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company was experiencing "adoption challenges" and/or structural issues resulting in declines in sales and utilization; (2) Defendants had overstated the demand for RxSight's products; (3) as a result, RxSight was unlikely to meet its own previously issued financial guidance for fiscal year 2025; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired RxSight securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.,
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100,
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,
Toll-Free: 888-773-9224
Visit our website at www.glancylaw.com.
Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

**Contact Us:**

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**        Class Action Lawsuit        Professional Services        Legal



**GLANCY PRONGAY & MURRAY LLP**

⌁ NASDAQ:RXST

***

**RELEASE VERSIONS**

English

CONTACTS

**Contact Us:**

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

# More News From Glancy Prongay & Murray LLP

🔊 Get RSS Feed

## Deadline Alert: Savara Inc. (SVRA) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming November 7, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Savara Inc. ("Savara" or the...

## Deadline Alert: Fly-E Group, Inc. (FLYE) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming November 7, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Fly-E Group, Inc. ("Fly-E" or the...

**Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Encourages Lantheus Holdings, Inc. (LNTH) Investors To Inquire About Securities Fraud Class Action**

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, announces that a securities fraud class action lawsuit has been filed on behalf of investors who purchased or otherwise acquired Lantheus Holdings, Inc. ("Lantheu...

**Back to Newsroom** →

# Wish your news had this kind of reach?

Sign Up →

**Learn About Business Wire** →



**Company**

About Business Wire

Careers

Media Center

**Services**

Press Release Distribution

Visibility & Engagement

Complimentary Features

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

## Resources

## Blog

## For Journalists

## Sign Up



© 2025 Business Wire, Inc.

Privacy Policy        Cookie Policy        Copyright        Accessibility Statement        Terms of Use

