# EXHIBIT 2

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Laura Santa Sánchez, as Acting Executive Director of the Trust of the Retirement System of the UPR (the "UPR Retirement Trust"), having the authority to enter into and execute this Certification on behalf of the UPR Retirement Trust, hereby certify as follows:

1.      I have reviewed the Complaint filed in *Makaveev v. RxSight. Inc. et al*, No. 8:25-cv-01596 (C.D. Cal.), and authorize the filing of a similar complaint and a motion for the UPR Retirement Trust's appointment as lead plaintiff.

2.      The UPR Retirement Trust did not engage in transactions of the RxSight, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "1934 Act").

3.      The UPR Retirement Trust is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      The UPR Retirement Trust's transactions during the relevant period in the RxSight securities that are the subject of this action are set forth in the attached Schedule A.



5.      During the three-year period preceding the date of this Certification, the UPR Retirement Trust has sought to serve as a representative party on behalf of a class in the following cases filed under the 1934 Act: *In re Sage Therapeutics, Inc. Securities Litigation*, No. 1:24-cv-06511-LGS (S.D.N.Y.); *Porter v. GrafTech International Ltd. et al.*, No. 1:24-cv-00154-DCN (N.D. Ohio); *Shapiro v. Assertio Holdings, Inc. et al*, No. 1:24-cv-00169 (N.D. Ill.); *Mueller v. Endava, PLC et al*, No. 1:24-cv-06423-JHR (S.D.N.Y); *Peters v. Twist Bioscience Corporation, et al.*, No. 5:22cv08168-EJD (N.D. Cal.); *Zornberg v. NAPCO Security Technologies, Inc., et al.*, No. 1:23-cv-06465-BMC (E.D.N.Y.); *In re AdaptHealth Corp. Securities Litigation*, No. 2:23-cv-04104-MRP (E.D. Pa.); and *North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc.*, et al., No. 1:23-cv-13065-WGY (D. Mass.).

6.      The UPR Retirement Trust will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such

reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _11th_ day of _August_ , 2025.

Laura Santa Sánchez
Acting Executive Director
Trust of the Retirement System of the UPR

## Schedule A

Trust of the Retirement System of the UPR
Transactions in RxSight. Inc. (RXST)

| Transaction | Trade Date | Number Shares | Price |
|---|---|---|---|
| Buy | 12/11/2024 | 1,170 | 37.6425 |
| Buy | 12/12/2024 | 1,290 | 36.8839 |
| Buy | 12/13/2024 | 730 | 36.3204 |
| Buy | 12/16/2024 | 389 | 38.4341 |
| Buy | 12/16/2024 | 71 | 38.5471 |
| Buy | 12/17/2024 | 780 | 38.1727 |
| Buy | 12/18/2024 | 310 | 37.8621 |
| Buy | 12/19/2024 | 747 | 38.1918 |
| Buy | 12/20/2024 | 413 | 35.3850 |