# EXHIBIT 3

**Loss Report**

**Trust of the Retirement System of the UPR**
**Transactions in RxSight, Inc. (RXST)**

Class Period Total Purchases: 5,900 shares
Class Period Total Net Purchases: 5,900 shares
Class Period Expenditures: ($220,478.79)
Class Period Net Expenditures: ($220,478.79)
Gain (Loss): ($171,400.82)

| Transaction | Trade Date | Number Shares | Price | Amount |
|---|---|---|---|---|
| Class Start Holdings | 05/07/2024 | 0 | | |
| Buy | 12/11/2024 | 1,170 | 37.6425 | ($44,041.73) |
| Buy | 12/12/2024 | 1,290 | 36.8839 | ($47,580.23) |
| Buy | 12/13/2024 | 730 | 36.3204 | ($26,513.89) |
| Buy | 12/16/2024 | 389 | 38.4341 | ($14,950.86) |
| Buy | 12/16/2024 | 71 | 38.5471 | ($2,736.84) |
| Buy | 12/17/2024 | 780 | 38.1727 | ($29,774.71) |
| Buy | 12/18/2024 | 310 | 37.8621 | ($11,737.25) |
| Buy | 12/19/2024 | 747 | 38.1918 | ($28,529.27) |
| Buy | 12/20/2024 | 413 | 35.3850 | ($14,614.01) |
| Class End Holdings | 07/08/2025 | 5,900 | | |
| Holdings As Of | 09/19/2025 | 5,900 | 8.3183 | $49,077.97 |
| Gain (Loss) | | | | ($171,400.82) |

Holding Price represents the Average of Post Class Closing Prices through 09/19/2025.