**BLEICHMAR FONTI & AULD LLP**

Lesley E. Weaver (SBN 191305)

lweaver@bfalaw.com

1330 Broadway, Suite 630

Oakland, California 94612

Telephone: (415) 445-4003

Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff*
*Dr. David Goldman and Proposed*
*Lead Counsel for the Class*

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMEN MAKAVEEV, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN,<br><br>    Defendants. | Case No. 8:25-cv-01596-FWS-KES<br><br>CLASS ACTION<br>**NOTICE OF MOTION OF DR. DAVID GOLDMAN FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS**<br><br>DATE: October 23, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 10D<br>JUDGE: Hon. Fred W. Slaughter |

*(case caption continues on following page)*

OLGA GÉMESI, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

RxSIGHT, INC., RON KURTZ, and SHELLEY THUNEN,

     Defendants.

Case No. 8:25-cv-02093

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on October 23, 2025, at 10:00 a.m., or on a date and at a time set by the Court, before the Honorable Fred W. Slaughter, at the United States District Court for the Central District of California, located at the Ronald Regan Federal Building and U.S. Courthouse, 411 West 4th Street, Room 1053, Courtroom 10D, Santa Ana, California 92701, Dr. David Goldman will respectfully move this Court for entry of an Order: (1) appointing Dr. Goldman as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (2) approving his selection of Bleichmar Fonti & Auld LLP ("BFA") to serve as Lead Counsel for the Class; (3) consolidating the above-captioned securities class actions (the "Related Actions"); and (4) granting any such further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Dr. Goldman believes that he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.    Specifically, Dr. Goldman believes that he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $222,000 in losses as calculated under a first-in, first-out basis and the approximately $198,000 in losses as calculated under a last-in, first-out basis that he incurred on his investments in RxSight, Inc. securities.    Dr. Goldman also otherwise satisfies the requirements of Rule 23 of the Federal Rules

---

[1] Local Rule 7-3 requires a conference of counsel prior to filing motions.  However, under the PSLRA's procedures regarding the appointment of Lead Plaintiff, Dr. Goldman will not know which other Class members, if any, will seek appointment as Lead Plaintiff until after motions are filed on September 22, 2025.  Accordingly, Dr. Goldman respectfully requests that Local Rule 7-3's conferral requirement be waived in this instance.

NOTICE OF MOTION OF DR. DAVID GOLDMAN FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 8:25-CV-01596-FWS-KES

of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Lesley E. Weaver filed herewith, the pleadings and other filings herein, and any such other written or oral argument as the Court may permit.

WHEREFORE, Dr. Goldman respectfully requests that the Court: (1) appoint him as Lead Plaintiff; (2) approve his selection of BFA to serve as Lead Counsel for the Class; (3) consolidate the Related Actions; and (4) grant any such other relief as the Court may deem just and proper.

Dated: September 22, 2025             Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Adam C. McCall (SBN 302130)
lweaver@bfalaw.com
adavis@bfalaw.com
amccall@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff*
*Dr. David Goldman and Proposed Lead*
*Counsel for the Class*

NOTICE OF MOTION OF DR. DAVID GOLDMAN FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 8:25-CV-01596-FWS-KES

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

/s/ Lesley E. Weaver
Lesley E. Weaver

NOTICE OF MOTION OF DR. DAVID GOLDMAN FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 8:25-CV-01596-FWS-KES