**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUMEN MAKAVEEV, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN,<br><br>Defendants. | Case No. 8:25-cv-01596-FWS-KES<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF DR. DAVID GOLDMAN FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS** |
| OLGA GÉMESI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RxSIGHT, INC., RON KURTZ, and SHELLEY THUNEN,<br><br>Defendants. | Case No. 8:25-cv-02093 |

Upon consideration of: (1) the Motion of Dr. David Goldman for appointment as Lead Plaintiff, approval of his selection of Lead Counsel, and

1

consolidation of the related actions (the "Motion"); (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of Lesley E. Weaver and accompanying exhibits; and (4) all other pleadings and arguments submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Dr. Goldman is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 77u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated in accordance with paragraph four of this Order.

3. Dr. Goldman's selection of Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP is **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure the above captioned actions, and any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5. The consolidated action shall be captioned "*In re RxSight, Inc. Securities Litigation*" and the file shall be maintained under Master File No. 8:25-cv-01596.

**IT IS SO ORDERED.**

Dated: _____        _____
                                        HON. FRED W. SLAUGHTER
                                        UNITED STATES DISTRICT JUDGE