**BLEICHMAR FONTI & AULD LLP**

Lesley E. Weaver (SBN 191305)

lweaver@bfalaw.com

1330 Broadway, Suite 630

Oakland, California 94612

Telephone: (415) 445-4003

Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff*
*Dr. David Goldman and Proposed*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMEN MAKAVEEV, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN,<br><br>Defendants. | Case No. 8:25-cv-01596-FWS-KES<br><br>CLASS ACTION<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF THE MOTION OF DR. DAVID GOLDMAN FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS**<br><br>DATE: October 23, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 10D<br>JUDGE: Hon. Fred W. Slaughter |

*(case caption continues on following page)*

OLGA GÉMESI, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

RxSIGHT, INC., RON KURTZ, and SHELLEY THUNEN,

Defendants.

Case No. 8:25-cv-02093

I, Lesley E. Weaver, declare as follows:

1.    I am a member in good standing of the bar of the State of California and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the motion of Dr. David Goldman for: (1) appointment as Lead Plaintiff; (2) approval of his selection of BFA to serve as Lead Counsel for the Class; (3) consolidation of the related actions; and (4) any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through F are true and correct copies of the following documents:

Exhibit A:    Declaration of Dr. Goldman;

Exhibit B:    Notice of pendency of *Makaveev v. RxSight, Inc.*, No. 8:25-cv-01596-FWS-KES (C.D. Cal.) published on July 22, 2025;

Exhibit C:    Notice of pendency of *Gémesi v. RxSight, Inc.*, No. 8:25-cv-02093 (C.D. Cal.) published on September 16, 2025

Exhibit D:    Certification of Dr. Goldman;

Exhibit E:    Chart reflecting financial interest of Dr. Goldman; and

Exhibit F:    Firm Resume of BFA.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of September 2025, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

1

DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF THE MOTION OF DR. DAVID GOLDMAN FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 8:25-CV-01596-FWS-KES

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

_/s/ Lesley E. Weaver_
Lesley E. Weaver

2