# EXHIBIT C

# LSEG

# EXTENDED CLASS PERIOD: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against RxSight, Inc. and Announces Opportunity for Investors with Substantial Losses to Lead Class Action Lawsuit - Business Wire

🔥 16 Sep 2025 06:21:00 PM

Sentiment: Mostly Negative

**EXTENDED CLASS PERIOD: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against RxSight, Inc. and Announces Opportunity for Investors with Substantial Losses to Lead Class Action Lawsuit**

**Robbins Geller Rudman & Dowd LLP** announces that it has filed a class action lawsuit seeking to represent purchasers of RxSight, Inc. (NASDAQ: RXST) common stock between May 7, 2024 and July 8, 2025, inclusive (the "Class Period"). Captioned Gémesi v. RxSight, Inc., No. 25-cv-02093 (C.D. Cal.), the RxSight class action lawsuit charges RxSight and certain of RxSight's top executives with violations of the Securities Exchange Act of 1934. A previously filed complaint is captioned Makaveev v. RxSight, Inc., No. 25-cv-01596 (C.D. Cal.).

**If you suffered substantial losses and wish to serve as lead plaintiff of the RxSight class action lawsuit, please provide your information here:**

**https://www.rgrdlaw.com/cases-rxsight-class-action-lawsuit-rxst.html**

**You can also contact attorneys J.C. Sanchez or Jennifer N. Caringal of Robbins Geller by calling 800/449-4900 or via e-mail at** info@rgrdlaw.com. **Lead plaintiff motions for the RxSight class action lawsuit must be filed with the court no later than September 22, 2025.**

**CASE ALLEGATIONS**: RxSight is a commercial-stage medical technology company focused on the treatment of cataracts. RxSight's principal product is the RxSight Light Adjustable Lens system, which is comprised of an intraocular light adjustable lens ("LAL") and a light delivery device ("LDD"). RxSight's business follows a "razor/razor-blade" model: grow the installed base of high-priced LDDs to drive recurring, higher-margin LAL procedures.

The RxSight class action lawsuit alleges that throughout the Class Period defendants touted rising utilization "across the installed base," claimed newer customer cohorts were adopting as fast as or faster than prior cohorts, and represented that RxSight's field teams effectively trained and supported practices to accelerate growth. But in reality, the RxSight class action lawsuit alleges that RxSight's field organization was inadequately structured and underperforming; newer cohorts needed more support than prior cohorts and were adopting more slowly; and utilization across the installed base was declining. As a result, incremental LDD placements did not translate into expected LAL volume, undermining RxSight's growth model.

The truth began to emerge, the RxSight class action lawsuit alleges, on April 2, 2025 when RxSight disclosed a sequential decline in quarterly LAL sales and cut full-year revenue guidance by roughly $24 million. On this news, the price of RxSight common stock fell approximately 38%.

The RxSight class action lawsuit further alleges that on July 8, 2025 RxSight further revealed that LDD sales had collapsed 45% sequentially and LAL sales had declined for a second consecutive quarter. Defendants admitted newer customers had been adopting more slowly because they required more support and announced a "commercial pivot" to overhaul field support. On this news, the price of RxSight common stock fell roughly 38%.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased or acquired RxSight common stock during the Class Period to seek appointment as lead plaintiff in the RxSight class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the RxSight class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the RxSight class action lawsuit. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff of the RxSight class action lawsuit.

**ABOUT ROBBINS GELLER**: Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities fraud and shareholder litigation. Our Firm has been ranked #1 in the ISS Securities Class Action Services rankings for four out of the last five years for securing the most monetary relief for investors. In 2024, we recovered over $2.5 billion for investors in securities-related class action cases – more than the next five law firms combined, according to ISS. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world, and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest ever – $7.2 billion – in In re Enron Corp. Sec. Litig. Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

View source version on businesswire.com: https://www.businesswire.com/news/home/20250916811096/en/

Robbins Geller Rudman & Dowd LLP
J.C. Sanchez, Jennifer N. Caringal
655 W. Broadway, Suite 1900, San Diego, CA 92101
800-449-4900
info@rgrdlaw.com

Copyright Business Wire 2025

Keywords: CA-ROBBINS-GELLER

nBw94HnfHa

Copyright © 2025 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.