# EXHIBIT E

**Financial Interest Analysis for Dr. David Goldman**
**Class Period: May 7, 2024 - July 8, 2025**

**FIFO - RxSight, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 5/7/2024 | 8,546.0000 | | |
| Sale | 4/21/2025 | -4,110.0000 | $14.2950 | $58,752.45 |
| *Total Class Period Sales Matching to Pre-Class Period Position* | | **-4,110.0000** | | **$58,752.45** |
| Purchase | 12/30/2024 | 3,000.0000 | $33.2607 | ($99,782.10) |
| Purchase | 1/21/2025 | 3,240.0000 | $31.3700 | ($101,638.80) |
| Purchase | 2/14/2025 | 3,280.0000 | $30.4999 | ($100,039.67) |
| *Total Class Period Purchases* | | **9,520.0000** | | **($301,460.57)** |
| Retained Shares [1] | | 9,520.0000 | $8.3409 | $79,405.78 |
| | | | **FIFO Gain/(Loss):** | **($222,054.79)** |

**LIFO - RxSight, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 5/7/2024 | 8,546.0000 | | |
| Purchase | 12/30/2024 | 3,000.0000 | $33.2607 | ($99,782.10) |
| Purchase | 1/21/2025 | 3,240.0000 | $31.3700 | ($101,638.80) |
| Purchase | 2/14/2025 | 3,280.0000 | $30.4999 | ($100,039.67) |
| *Total Class Period Purchases* | | **9,520.0000** | | **($301,460.57)** |
| Sale | 4/21/2025 | -4,110.0000 | $14.2950 | $58,752.45 |
| *Total Class Period Sales Matching to Class Period Purchases* | | **-4,110.0000** | | **$58,752.45** |
| Retained Shares [1] | | 5,410.0000 | $8.3409 | $45,124.50 |
| | | | **LIFO Gain/(Loss):** | **($197,583.62)** |

[1] *Retained shares are valued at the average price from July 9, 2025 to September 22, 2025.*