Patrice L. Bishop (182256)
pbishop@aftlaw.com
ABRAHAM, FRUCHTER
    & TWERSKY, LLP
9440 Santa Monica Blvd.
Bank of America Building
Suite 301
Beverly Hills, CA 90210
Tel: (310) 279-5125
Fax: (212) 279-3655

*Counsel for Proposed Lead Plaintiff
Trust of the Retirement System
of the UPR*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMEN MAKAVEEV, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN, <br><br> Defendants. | Case No. 8:25-cv-01596-FWS (KESx) <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF THE TRUST OF THE RETIREMENT SYSTEM OF THE UPR'S NON-OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION** <br><br> Date:   October 23, 2025 <br> Time:  10:00 am <br> Crtrm: 10D – 10th Floor <br> Judge: Hon. Fred W. Slaughter |
| OLGA GÉMESI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN, <br><br> Defendants. | Case No. 8:25-cv-02093 |

The Trust of the Retirement System of the UPR (the "UPR Retirement Trust") respectfully submits this non-opposition to the competing motion of movant Michigan Laborers' Pension Fund ("Michigan Laborers"), *see* Dkts. 22-24, for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") and approval of Lead Counsel, 15 U.S.C. § 78u-4(a)(3)(B)(v). After reviewing the competing motions for Lead Plaintiff (*see* Dkts. 22-24, 26-28, 30-32), it appears that Michigan Laborers, and not the UPR Retirement Trust, possesses the "largest financial interest" among the movants within the meaning of the PSLRA and consequently Michigan Laborers is presumed to be "the most adequate plaintiff." *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).

However, should the Court determine that the movants with larger financial interests than the UPR Retirement Trust are atypical, inadequate, or otherwise incapable of serving as Lead Plaintiff, the UPR Retirement Trust is ready, willing, and able to assume the role and take on all the responsibilities of Lead Plaintiff or class representative in this Action.

The UPR Retirement Trust's non-opposition shall have no effect on, and is without prejudice to, its rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

ABRAHAM, FRUCHTER
& TWERSKY, LLP

Dated:  October 1, 2025          By: */s/ Patrice L. Bishop*
                                 Patrice L. Bishop
                                 9440 Santa Monica Blvd.
                                 Bank of America Building
                                 Suite 301
                                 Beverly Hills, CA 90210
                                 Tel:    (310) 279-5125
                                 Email: pbishop@aftlaw.com

1

ABRAHAM, FRUCHTER
 & TWERSKY, LLP
Mitchell M.Z. Twersky
Atara Twersky
Lawrence D. Levit
Dylan A. Berger
450 Seventh Avenue, 38th Floor
New York, NY  10123
Tel:    (212) 279-5050
Fax:    (212) 279-3655
Email: mtwersky@aftlaw.com
        atwersky@aftlaw.com
        llevit@aftlaw.com

*Counsel for Proposed Lead Plaintiff Trust of
the Retirement System
of the UPR*

2