**BLEICHMAR FONTI & AULD LLP**

Lesley E. Weaver (SBN 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff*
*Dr. David Goldman and Proposed*
*Lead Counsel for the Class*

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMEN MAKAVEEV, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN, <br><br> Defendants. | Case No. 8:25-cv-01596-FWS-KES <br><br> CLASS ACTION <br> **RESPONSE IN SUPPORT OF THE MOTION OF DR. DAVID GOLDMAN FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS** |
| OLGA GÉMESI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RxSIGHT, INC., RON KURTZ, and SHELLEY THUNEN, <br><br> Defendants. | Case No. 8:25-cv-02093-FWS-DFM |

RESPONSE IN SUPPORT OF THE MOTION OF DR. DAVID GOLDMAN FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS
CASE NO. 8:25-CV-01596-FWS-KES

Dr. David Goldman respectfully submits this response in support of his motion for appointment as Lead Plaintiff and approval of his selection of counsel. ECF No. 30 (the "Motion").

On September 22, 2025, Dr. Goldman timely filed his Motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), seeking appointment as Lead Plaintiff and approval of his selection of Bleichmar Fonti & Auld LLP as Lead Counsel for the Class. Two other movants also filed motions seeking Lead Plaintiff appointment. *See* ECF Nos. 22, 26. Dr. Goldman has reviewed the competing Lead Plaintiff motions and has determined that the Michigan Laborers' Pension Fund (the "Pension Fund") has the largest financial interest in this Case.

The PSLRA provides that, in selecting a Lead Plaintiff, courts "shall adopt a presumption" that the movant asserting the "largest financial interest in the relief sought by the class," that otherwise satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), is the "most adequate plaintiff" to represent the class. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Here, as set forth in his Motion and supporting documents, Dr. Goldman suffered substantial losses of approximately $222,000 on a FIFO basis and approximately $198,000 on a LIFO basis. ECF No. 30 at 3. Dr. Goldman also satisfies the typicality and adequacy requirements of Rule 23 because his claims are typical of the members of the class, and he will fairly and adequately protect the interests of the class. ECF No. 31 at 8-9.

Given his substantial financial interest and ability to represent the class, should the Court find that the Pension Fund fails to meet the PSLRA's criteria for appointment, Dr. Goldman respectfully requests that the Court grant his Motion, appoint him as Lead Plaintiff, and approve his selection of counsel. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).

DATED: October 2, 2025

Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

  */s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Adam C. McCall (SBN 302130)
lweaver@bfalaw.com
adavis@bfalaw.com
amccall@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff Dr. David Goldman and Proposed Lead Counsel for the Class*

RESPONSE IN SUPPORT OF THE MOTION OF DR. DAVID GOLDMAN FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS
CASE NO. 8:25-CV-01596-FWS-KES

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

RESPONSE IN SUPPORT OF THE MOTION OF DR. DAVID GOLDMAN FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS
CASE NO. 8:25-CV-01596-FWS-KES

3