Gregory L. Watts, State Bar No. 197126
Email: gwatts@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 South State Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 401-8510
Facsimile: (866) 974-7329

Diane M. Walters, State Bar No. 148136
Email: dwalters@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

*Attorneys for Defendants*
*RxSight, Inc., Ron Kurtz,*
*and Shelley Thunen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMEN MAKAVEEV, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>RXSIGHT, INC., RON KURTZ, and SHELLEY THUNEN,<br><br>            Defendants. | Case No. 8:25-cv-01596-FWS-KES<br><br>CLASS ACTION<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date: October 23, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Fred W. Slaughter<br>Courtroom: 10D – 10th Floor<br><br>Complaint filed: July 22, 2025 |

DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF          CASE NO. 8:25-CV-01596-FWS-KES

OLGA GÉMESI, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

RxSIGHT, INC., RON KURTZ, and SHELLEY THUNEN,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:25-cv-2093-FWS-DFM

<u>CLASS ACTION</u>

Complaint filed:  September 16, 2025

Defendants RxSight, Inc., Ron Kurtz, and Shelley Thunen (collectively, "Defendants") respectfully submit this notice of non-opposition to the motions for consolidation of related actions, appointment of a lead plaintiff, and approval of lead counsel in the above-captioned actions ("Lead Plaintiff Motions").  *See* ECF Nos. 22-24, 26-28, 30-32.

## I.  CONSOLIDATION

Defendants agree that the above-captioned, related actions, Case No. 8:25-cv-01596-FWS-KES and Case No. 8:25-cv-2093-FWS-DFM, should be consolidated into a single action under the case number of the first-filed action.  Consolidating these actions will serve the interests of judicial economy.

## II.  LEAD PLAINTIFF AND LEAD COUNSEL

The above-captioned putative securities class actions are subject to the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), Pub. L. 104-67, 109 Stat. 737, 15 U.S.C. §78u-4.  Pursuant to the Reform Act, the Court is required to appoint a lead plaintiff.  15 U.S.C. § 78u-4(a)(3)(B).  Defendants take no position at this juncture as to whom the Court should appoint as lead plaintiff and/or lead counsel.

At this stage of the proceedings, discovery, including any discovery of potential lead plaintiff candidates, is automatically stayed pursuant to the Reform Act.  *See* 15 U.S.C. § 78u-4(b)(3)(B).[1]  If the discovery stay is lifted at a later stage of the proceedings, and the lead plaintiff files a motion for class certification,

---

[1] The Reform Act provides that "[i]n any private action arising under [the Exchange Act], all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party."  15 U.S.C. § 78u-4(b)(3)(B).  Defendants intend to move to dismiss the complaint designated as the operative complaint by the lead plaintiff.  Accordingly, discovery is stayed until, at least, the resolution of that motion.

DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF                -2-        CASE NO. 8:25-CV-01596-FWS-KES

Defendants will then have an opportunity to examine the adequacy of any appointed lead plaintiff and lead counsel to serve as a class representative and class counsel, respectively; the typicality of the claims among the class; or any other matters relevant to class certification and the requirements of Federal Rule of Civil Procedure 23.

Although Defendants take no position as to the appointment of lead plaintiff and/or the selection of counsel, Defendants deny the allegations in the Lead Plaintiff Motions that they violated federal securities laws or otherwise acted wrongfully. Defendants do not concede that this litigation should be certified as a class action or that any movant is a proper class representative. Defendants reserve all rights to challenge class certification or the adequacy or typicality of the lead plaintiff, if and when such a motion is filed, pursuant to Federal Rule of Civil Procedure 23.

Dated:  October 2, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/    *Gregory L. Watts*
　　　Gregory L. Watts

Gregory L. Watts, State Bar No. 197126
Email:  gwatts@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 South State Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 401-8510
Facsimile: (866) 974-7329

DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF

-3-

CASE NO. 8:25-CV-01596-FWS-KES

Diane M. Walters, State Bar No. 148136
Email: dwalters@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

*Attorneys for Defendants*
*RxSight, Inc., Ron Kurtz, and Shelley Thunen*

DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF                    -4-          CASE NO. 8:25-CV-01596-FWS-KES