# EXHIBIT 5

S&P Global
Market Intelligence

# RxSight, Inc. NasdaqGM:RXST

# FQ2 2025 Earnings Call Transcripts

## Tuesday, July 8, 2025 9:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ1 2025- | | -FQ2 2025- | -FY 2025- | -FY 2026- |
|---|---|---|---|---|---|
| | CONSENSUS | GUIDANCE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS (GAAP)** | (0.22) | - | (0.17) | (0.69) | (0.53) |
| **Revenue (mm)** | 37.91 | 37.90 | 39.78 | 167.72 | 202.61 |

Currency: USD
Consensus as of May-30-2025 8:56 PM GMT




**- EPS (GAAP) -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2024** | (0.22) | (0.16) | NM |
| **FQ3 2024** | (0.25) | (0.16) | NM |
| **FQ4 2024** | (0.17) | (0.15) | NM |
| **FQ1 2025** | (0.22) | (0.20) | NM |

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence



EXHIBIT 5

# Table of Contents

Call Participants ........................................ 3
Presentation ........................................ 4
Question and Answer ........................................ 7

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

EXECUTIVES

**Oliver Moravcevic**
*Former Vice President of Investor Relations*

**Ronald M. Kurtz**
*Co-President, CEO & Director*

**Shelley B. Thunen**
*Co-President & CFO*

ANALYSTS

**Adam Carl Maeder**
*Piper Sandler & Co., Research Division*

**Craig William Bijou**
*BofA Securities, Research Division*

**Danielle Joy Antalffy**
*UBS Investment Bank, Research Division*

**David Joshua Saxon**
*Needham & Company, LLC, Research Division*

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

**Robert Justin Marcus**
*JPMorgan Chase & Co, Research Division*

**Ryan Benjamin Zimmerman**
*BTIG, LLC, Research Division*

**Steven Michael Lichtman**
*Oppenheimer & Co. Inc., Research Division*

**Thomas M. Stephan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


EXHIBIT 5
309

# Presentation

**Operator**

Thank you for standing by. My name is Eric, and I will be your conference operator today. At this time, I would like to welcome everyone to the RxSight Q2 preannounced earnings call. [Operator Instructions]

I would now like to turn the call over to Oliver Moravcevic, Vice President of Investor Relations. Please go ahead.

**Oliver Moravcevic**
*Former Vice President of Investor Relations*

Thank you, operator. Presenting today are RxSight President and Chief Executive Officer, Dr. Ron Kurtz; and Chief Financial Officer, Shelley Thunen. Earlier today, RxSight released select preliminary financial results for the 3 months ending June 30, 2025, and revised full year guidance. A copy of the press release is available on the company's website.

Before we begin, I would like to inform you that comments and responses to questions during today's call reflect management's views as of today, July 8, 2025, and will include forward-looking and opinion statements, including predictions, estimates, plans, expectations and other information. Actual results may differ materially from those expressed or implied as a result of certain risks and uncertainties. These risks and uncertainties are more fully described in our press release issued today and in our filings with the Securities and Exchange Commission or SEC. Our SEC filings can be found on our website or the SEC's website.

Investors are cautioned not to place undue reliance on forward-looking statements, and we disclaim any obligation to update or revise these forward-looking statements, except as may be required by law. During today's call, we will also discuss certain non-GAAP financial measures.

I would like also to remind you that the preliminary results discussed on today's call are estimates and that our complete unaudited financial results for the second quarter of 2025, which are subject to the review of our independent auditor, are expected to be announced on Thursday, August 7, 2025. Please note that this conference call will be available for audio replay on our Investor Relations website.

With that, I will turn the call over to our President and Chief Executive Officer, Dr. Ron Kurtz.

**Ronald M. Kurtz**
*Co-President, CEO & Director*

Good afternoon, and thank you for joining us. As noted in today's press release, RxSight's Q2 underperformance resulted from a sharp decline in LDD sales and continued softer-than-expected LAL procedures. Although longer capital equipment acquisition cycles may have contributed to the observed drop in LDD sales, which typically occur late in the quarter, we believe the underlying cause for both results is the slower ramp in LAL utilization that was first noted in 2024 following a period of rapid growth in our installed base and which is the focus of our ongoing response.

Since committed users are key both to making strong recommendations to patients as well as to convincing new practices to adopt the LAL, we are executing a commercial pivot to reverse the observed utilization trends by ensuring that every new and existing LAL practice is not only well trained, but fully prepared and supported for lasting success.

To accomplish this realignment, we are intensifying our focus on clinical support, education and value-added engagement efforts, leveraging our unique analytics to drive sustainable same-store sales and new customer commitment. While we navigate these near-term headwinds, we remain steadfast in our own commitment to our clinical partners as they deliver the high-quality customized visual benefits of adjustability that ultimately drive further LAL adoption.

Before I discuss more about our shift in commercial strategy, I'll ask Shelley to provide additional details on our Q2 underperformance and revisions to 2025 guidance.

**Shelley B. Thunen**
*Co-President & CFO*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, Ron. I will review our preliminary second quarter revenue results and updated guidance for the remainder of 2025 that were included in our pre-announcement press release. Our preliminary second quarter 2025 revenue was $33.6 million, down 4% compared to the year ago period and down sequentially 11% from our first quarter 2025 revenue.

As Ron already outlined, the sharp revenue decline in the second quarter was primarily driven by a significant drop in LDD sales, coupled with softer LAL sales performance. During the second quarter, we sold 40 LDDs, down 49% from the year ago period and down 45% from the first quarter of 2024 -- 2025.

We ended the second quarter with an installed base of 1,084 units, up 34% compared to the second quarter of 2024 and up 4% compared to the end of the first quarter of 2025. We sold 27,380 LALs in the period, up 13% from the second quarter of 2024 and down sequentially 1% compared to the first quarter of 2025.

While we will provide a full financial report on August 7, based on the preliminary revenue results and the commercial pivot outlined by Ron, we are revising our full year 2025 guidance as follows: We are reducing revenue guidance from $160 million to $175 million to $120 million to $130 million, now an expected decrease of 14% to 7% compared to 2024. While the majority of the revenue reduction reflects significantly lower expectations for LDD sales, we also anticipate the LAL trends to continue into the second half of 2025 as the commercial shift to drive procedure volume and our installed base builds momentum.

Our revised gross margin guidance range is now between 72% and 74%, an increase compared to the previous guidance range of 71% to 73% and representing an implied year-over-year increase of 130 basis points to 330 basis points. The increase in gross margin guidance is primarily due to the shift in revenue mix as the higher-margin LAL sales will increase as a percentage of revenue with the reduction in LDD sales.

We anticipate operating expenses to be down slightly from our previous guidance in April and now in the range of $145 million to $155 million, representing an implied year-over-year increase of 7% to 14% compared to 2024. While we are mindful of managing operating expenses, we also want to ensure we make the required investments to grow LAL adoption. Included in our costs, primarily in operating expense is noncash stock-based compensation expense in the range of $27 million to $30 million.

We ended the second quarter of 2025 with cash, cash equivalents and short-term investments of approximately $227.5 million compared to $229.3 million on March 31, 2025.

And with that, I'll turn the call back to Ron.

**Ronald M. Kurtz**
*Co-President, CEO & Director*

Thank you, Shelley. We believe our return to growth depends on empowering our clinical partners to deliver the optimized visual outcomes enabled by our groundbreaking technology. By recentering our strategic focus, field support and commercial execution around customer success, we plan to reinvigorate the core value drivers that establish the LAL as the growth engine for the overall premium IOL market.

As part of this shift, we will be implementing a more proactive data-driven customer support model. By analyzing utilization trends, adoption tiers, support requests and clinical outcomes data on a daily, weekly and monthly basis, we can deliver more targeted interventions through our clinical and commercial teams. This includes rapid escalations when needed and timely LDD level insights to maximize engagement during our field teams visits to customer practices. These initiatives are designed to close adoption gaps, enhance customer satisfaction and to support sustained utilization growth across our global base.

We will also leverage the insights gained by our experienced clinical partners by expanding our peer-to-peer programs to support practices at every stage of the LAL adoption journey. Such exchanges not only raise the level of expertise and efficiency across our user base, but also serve as a powerful catalyst for deeper, more sustained engagement between doctors and RxSight.

Taken together, along with our continued investments in key R&D programs, we believe this integrated approach will help more practices maximize their investment in the LAL and reignite the word-of-mouth momentum that has propelled adoption thus far.

As we establish this customer success-driven adoption model in North America, we plan to leverage a similar approach in our developing efforts in international markets. We believe that the expanding group of active surgeons in Korea, our latest regulatory approval in Singapore and new clinical partners in the EU and U.K. are important milestones that underscore the growing global recognition of the LAL as a transformative technology and personalized vision.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We also recognize that translating the promise of adjustability into reaccelerated sustained growth will take continued focus over multiple quarters. However, with our deep reservoir of clinical and technical capabilities, a best-in-class field organization and a strong balance sheet, we are confident in RxSight's ability to execute on these strategic priorities to unlock the full potential of our platform and to deliver enduring value to patients, doctors and shareholders alike.
And with that, I'll ask our operator to open the call for questions.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from the line of Ryan Zimmerman with BTIG.

**Ryan Benjamin Zimmerman**
*BTIG, LLC, Research Division*

Can you hear me okay, Ron, Shelley?

**Shelley B. Thunen**
*Co-President & CFO*

Yes, thank you.

**Ryan Benjamin Zimmerman**
*BTIG, LLC, Research Division*

Okay. Great. Ron, I can appreciate your comments about new customers taking longer to come up the curve, but that doesn't explain why the LDD sales were as soft as they were in the quarter. And I'm wondering if you can elaborate on what you think is driving that? I mean I have my suspicions about competition from launching some new equipment, but maybe you can give us a little more color as to what drove the weakness, particularly in LDDs, given how big of a miss that was?

**Ronald M. Kurtz**
*Co-President, CEO & Director*

Well, I would say that we generally believe that LDD sales are driven by the previous generation of successful LAL adopters. So it is critical for us going forward to reverse those utilization trends so that we can point to customers who continue to have success and excellent ROI with the LAL. And so I do think that the two are linked and that the adoption challenges that we've had over the last few quarters have been a primary underlying reason for the LDD stall.

There are, as I mentioned, some potential quarterly specific things related to longer capital equipment acquisition times and we tend to be very back-end loaded. But again, if we focus on the areas that we can accelerate and impact LDD in the long run, we believe that is by accelerating LAL utilization.

**Ryan Benjamin Zimmerman**
*BTIG, LLC, Research Division*

Okay. And just let's talk about guidance for a moment here. Why was guidance coming out of the last quarter, which was weak, kind of the right levels in your mind, Shelley? And now given another quarterly miss, why is the new guidance sufficiently de-risked now. And obviously, it implies a massive decel in the back half of the year. But with the changes to your sales strategy, why should investors think that this is fully de-risked?

**Shelley B. Thunen**
*Co-President & CFO*

No, I understand your question. Thank you for that, Ryan. If we look at the low end of the guidance at $120 million, high end at $130 million, that puts the second half of the year somewhere between at a low end $48 million and a bit over $50 million, about $55 million.

And so I think that what is embedded in that guidance is the reality that Ron talked about, that our newer customers are getting up to speed less quickly. Our older customers are flat and in the more recent cohorts down a bit. And that really does reduce LDD sales. So if we look at LDD sales, we don't expect them to be on a quarterly basis much higher than what we had in the second quarter. I think we'll get a few more international revenue units as we just got these approvals. But the substantial part of it is going to be the U.S., but certainly in the U.S., less than half of what we were expecting previously.

And I think that as we looked at our funnel in the second quarter, it looked great all quarter up until the end when we didn't close. And as you know, most of what happens in the quarter happens right at the end. So that was a new phenomenon for us. So we're trying to,

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

one, build that in and expect LDD sales to be relatively flat as compared to the second quarter, but certainly not back at the level of the first quarter.

And then we expect pretty much the same trend in LAL sales that the momentum that we need to create with our existing customers is going to take time and time to reverse and get going with our newer customers. We do have the resources to do that. All of our clinical people are very good. All of our trainers are very good. We'll continue with new marketing initiatives and new customer initiatives as we've talked about, but we're not expecting a lot of increase on that LAL.

So at this point in time, I think that we have moved our guidance to quite conservative. And I think that's the right thing for us to do at this point as we make this shift in commercial strategy. Would you add anything to that, Ron?

**Ronald M. Kurtz**
*Co-President, CEO & Director*

No, I would agree that it's better to be -- to take a conservative approach, given the current situation. And obviously, we're going to try to outperform that.

**Operator**

Your next question comes from the line of Larry Biegelsen with Wells Fargo.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Ron or Shelley, so LAL utilization was down about 21% year-over-year in Q2. The guidance implies utilization is down significantly in the second half. Can you please explain what you think is driving the decline in utilization? In other words, what's wrong? Just kind of tell us what you think is going on here? And can you be more specific about how you will improve utilization? I obviously heard your comments earlier, Ron, but it sounded like sorry to say this, but more of what you -- I would have thought you were doing already. So just maybe just simplify it for us what is driving such a significant decline in utilization and what you're doing to improve it? And I have one follow-up.

**Ronald M. Kurtz**
*Co-President, CEO & Director*

Yes. I think, Larry, thank you for the question that we have -- what we've noted and what we've commented on is that our newer customers are adopting more slowly than our previous customers. And that -- the realization that those customers require more support to get started and to move up the adoption curve is what has changed over the last few quarters.

And so those efforts that I talked about are more extensive than what we needed to do or felt we needed to do previously. And so we're moving into a cohort that is -- we believe is going to be highly successful with the technology. They generally like the technology, but is, for a number of reasons, requires more time and support, and that's what we're focused on delivering to them.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

And how do you do that by reducing OpEx guidance this year? Like what changes are you making operationally? And the guidance came down a little bit on OpEx, operating expenses. So how are you augmenting those things that you mentioned and reducing expenses at the same time?

**Shelley B. Thunen**
*Co-President & CFO*

That's a good question, Larry. And while we're mindful of that, we do have a lot of resources, we have about 200 people in our commercial organization already, we can certainly deploy those as well. And we just looked across the entire company and said, what things have the most value add. We've had a number of initiatives in sales and marketing for a while to make things more automated, and that allows us to do a little bit more with less, but we're also making sure that we're clear that we want to manage our expenses very carefully with the rest of the organization. So they're down a bit, but not substantially so.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

One more for me -- please, Ron.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


**EXHIBIT 5**
**314**

**Ronald M. Kurtz**
*Co-President, CEO & Director*

Yes. I would just add that with the significant drop in new LDDs, the resources required to onboard those can be redirected to the current and other new customers. So we have significant resources that we can call upon through this refocus.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

Just one more for me. I don't -- I'm not sure we can expect an answer today, but the guidance implies almost a 30% year-over-year decline in sales. You've talked about it taking time to fix the business. How do we think about your ability to grow the business beyond 2025? Obviously -- I mean can you grow in '26? How are you thinking about growth beyond '25? Obviously, it's important to investors. You know that. I don't expect specific guidance, but any color would be helpful.

**Shelley B. Thunen**
*Co-President & CFO*

Yes, I think that's a good question. And obviously, the first component of that is working this year to increase the guidance that we have for LAL sales and boost those for not only newer customers as well as customers who have been in place longer that we don't think have reached their full potential in terms of the amount of procedures they can do.

That, in turn, helps us with LDD sales in that the more successful people see their peers be, the more likely they are to invest. I'm not going to blame it on external factors, but there is a bit of turmoil right now. And I think people are standing still until that gets resolved as well, but I think most of it is us. And while it will be a small part of our business even through 2026, we have international opportunity as well. And I think some of the new markets that we just got approval for are really good markets for us, Korea, U.K. and EU in particular.

**Ronald M. Kurtz**
*Co-President, CEO & Director*

And I would just -- yes, Larry, I would just reiterate the long-term benefits of our technology for the cataract surgeon, and we provide the best clinical outcomes, outcomes that can be customized to individuals. They have a strong financial incentive to adopt our technology. We have obviously moved into a group that is going to take a little bit more effort on our part here in the U.S., but that's not unexpected. And we've already started to develop and roll model the programs that we think address the new requirements as we move forward in the adoption curve.

**Operator**

Your next question comes from the line of Steve Lichtman with Oppenheimer & Co.

**Steven Michael Lichtman**
*Oppenheimer & Co. Inc., Research Division*

Obviously, as discussed, the LDD miss is the primary focus. But I'm wondering if you can comment relative to utilization on some of the things you discussed last quarter, including trialing from competitor products as well as sort of the macro environment impact on utilization. What's sort of the latest update on those factors?

**Ronald M. Kurtz**
*Co-President, CEO & Director*

Yes. I think that our utilization was down, but our overall LAL numbers were flat. And that, again, largely reflects that newer customers are not -- have not gone up in their adoption curve as quickly as they have historically. So while those external factors are -- could still very well be in play, we're going to have to wait and see for some of the other manufacturers in the area -- in the field to really -- to announce their results to really know what the overall market is doing.

**Steven Michael Lichtman**
*Oppenheimer & Co. Inc., Research Division*

Okay. And then just a follow-up clarification on the LDD commentary. I guess, one, Shelley, you mentioned the funnel looked good through the quarter and didn't materialize. Obviously, you're not assuming based on the guidance that those fall into 3Q and beyond. But can you talk a little bit more about what happened sort of at the end there in terms of that funnel?

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then also your comment about sequentially the number being on an absolute basis, largely in line, maybe slightly up versus 2Q, but then you also said less than half of what you were expecting before, which I think for the full year it was a little over 300. So can you just square exactly what you're assuming in terms of LDD placements?

**Shelley B. Thunen**
*Co-President & CFO*

Yes, that's a good question. I didn't mean less than half of what we had in 2024, but certainly less than half of what we internally expected in the second half of this year, right? So 40 in the quarter was not less than half, but certainly quite a bit lower than our internal expectations for the second quarter and going forward. So that's a good clarification. Thank you very much.

And I think that what we saw in the quarter is generally, we have about a 6-month good, robust funnel. We tend to look at the quarter. We look at the quarter at what we think is going to close in the quarter, highly probable to maybe a hail Mary. But the funnel itself in absolute numbers looked very similar to the way it normally does at the beginning of the quarter and remain that way. Usually, the funnel does not go down. It might go up a little bit during the quarter, but it doesn't go down.

And we really sell a lot in the last half of the third month. And that's possible for us because our installs only take about 4 hours and people buy when they're ready. And what happened is that we just did not get those sales that we expected at the end of the quarter. And we're not expecting that they'll just come roaring back in the third quarter. We think the dynamics that are in place that delayed those sales will continue through the end of the year, hopefully get a little better, but definitely continue until we can get our existing customers, particularly the newer customers, back on a really good growth trajectory in terms of the number of LALs they're using in absolute number and number of LALs per LDD because that's what potential customers look to is how are my peers doing, how quickly do I think I can pay back the LDD.

And they're aware of the incremental revenue of about $2,000 per eye that they get with the LAL, primarily because 40% to 45% of patients come from people who would not otherwise have gotten a premium IOL. But nonetheless, they feel like they need to clear that hurdle of number of LALs. And I think that LDD sales in the U.S. will not reignite until we can get our existing customers proving to new customers that they're going to grow as quickly as previous cohorts.

**Operator**

Your next question comes from the line of David Saxon with Needham.

**David Joshua Saxon**
*Needham & Company, LLC, Research Division*

So I wanted to start on just some comments, Ron, you made about newer accounts adopting slower and needing more support. So how much of that slower ramp is due to the profile of these more recent accounts versus any dynamics from like macro or competition? And then does that dynamic change how you think about where we are in terms of penetration in the U.S.? And then I just have one follow-up.

**Ronald M. Kurtz**
*Co-President, CEO & Director*

Again, I think that each individual practice is different. And so it's hard to make generalizations, but I will. Generally, I think the practices that we're going into now do require a little bit more support, and that can come in different forms. And so it might be marketing support, it might be clinical support, it might be other types of organizational support. So we need to take it practice by practice and develop a toolkit for this next group of adopters. I think that there's plenty of -- we're still at an early stage of penetration, but we're seeing that in this environment, we need to do a little bit more than what we have in the past in order to move people up the adoption curve. And I think we will do that.

**David Joshua Saxon**
*Needham & Company, LLC, Research Division*

Okay. Great. And then just one on utilization. There's been some focus on newer account utilization, but I wanted to talk about the mature accounts. Like what are you seeing across those cohorts in terms of utilization? Is it holding steady? Or are you seeing those accounts kind of decline in terms of utilization?

**Shelley B. Thunen**
*Co-President & CFO*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I think that they have declined as well. And a lot of those, in the first quarter, attributed to things you were getting at, macroeconomics, uncertainty and trialing, but they have continued to go down. Now the thing that's interesting is the older the cohort, the flatter it is. So our oldest cohort is pretty flat going back 4 quarters. And then each of the cohorts by year go down just ever so slightly more than the one before. But I think the real distinction, because all of those cohorts have been pretty tight in terms of the number of LALs per LDD between each cohort, it's really the '24 cohort, as we talked about last quarter, has been much lower than the previous cohort of '23 in terms of how quickly they get up the adoption curve. And I think that that's the most telling of the trends as well. And so that's kind of how the cohorts have come out first and second quarter of this year.

**Operator**

The next question comes from the line of Adam Maeder with Piper Sandler.

**Adam Carl Maeder**
*Piper Sandler & Co., Research Division*

Two for me, and I'll ask them upfront. First, I guess I wanted to better understand the message on competition and trialing as it relates to your Q2 results. Do you think you saw much of an impact last quarter from J&J Odyssey, the B&L relaunch, PanOptix 2 or not so much?

And as we think about the guidance, the revised guidance of the $120 million to $130 million, maybe just to the extent you can, help us understand kind of what's contemplated for competitive impact in the back half as well as kind of what's assumed from a macroeconomic standpoint?

**Ronald M. Kurtz**
*Co-President, CEO & Director*

So I think that what we said in the past is that it's sort of traditional with multifocal lenses that when a new one comes out, there's a lot of incentives associated with launching that product. And over the last year, we had multiple products launched sequentially, which was highly unusual. And the last phase of that really was last quarter with the launch of PanOptix Pro by Alcon. Although we would anticipate and things what we -- what others have said is that typically, they've been more restrained in terms of incentivization and rollout. It tends to be more gradual.

But all of those players now have competitive products in the multifocal space. They're very active. And they are clearly marketing against the LAL, which has been the fastest-growing premium IOL for the last 4 years. So we're not discounting the impact of competition, but we feel that we have a differentiated product. Most of that competition is going to be directed against each other, the other multifocal IOLs. And I think that's what you've seen in the market share moves. But we get about 1/3 of our patients from the multifocal lens group, and so it does have some impact on us.

**Shelley B. Thunen**
*Co-President & CFO*

And certainly, as we talk about the factors that Ron just outlined, in our guidance, we assume that -- and we have assumed that some of the competitive trialing, particularly those things around pricing should come to an end sometime in the third quarter and in the fourth quarter. And that, as Ron said, has some effect on us, but certainly not the largest effect on us. They're really competing against each other. And then in terms of the macro environment, since about mid last year, us and the largest competitors, were talking about the fact that the overall cataract market in the U.S. was flat. And premium IOLs, other than us, actually remained flat and decreased over the last couple of years with all the growth in the marketplace. I'm so sorry.

And so I think that the trends that made that happen will play out. Both ourselves and the largest players did say during the first quarter that we would expect that those things would lift in the second half. And perhaps they still will, but we're still focused on the fact that our revenue will be less than we originally projected, primarily because of LDD sales, but that we would not get the lift that we initially expected in the second half on LAL sales since the flatness has continued in the second quarter and the first quarter.

**Operator**

Your next question comes from the line of Robbie Marcus with JPMorgan.

**Robert Justin Marcus**
*JPMorgan Chase & Co, Research Division*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I think I just had one question at this point. And it's kind of just on if you're hearing anything from physicians on why kind of the demand just isn't there, right? I understand that really maybe you're too focused on adding on newer accounts, but have you been getting kind of any feedback from physicians? Is there any kind of shortcoming or kind of detail on LALs or LDDs that you need to really push that is kind of currently leading physicians not to adopt LALs even after they've purchased the LDD? Do they have any concerns with the system?

**Ronald M. Kurtz**
*Co-President, CEO & Director*

I think that our existing customers, especially the ones who've adopted the technology and used it extensively, remain highly favorable. And even doctors who have adopted the technology to a lesser extent are generally extremely favorable about the clinical results. There are a number of reasons why a practice or why a doctor may not adopt it as the majority or at a high level in their practice. And that is really the focus of our renewed commercial effort to systematically identify those reasons. Is it how the LAL is being presented to patients? Is it the way that it's the marketing materials or lack of marketing materials? Are there workflow issues in the clinic?

There are just a number of factors that we can address with our teams, our field teams. And we believe that we can impact those. And that's based on the fact that we have impacted those in a number of sites where we've had trial programs, especially over the last quarter or 2. And so our focus over the next couple of quarters, for sure, is going to be on expanding those and driving LAL adoption in those practices.

**Operator**

Your next question comes from the line of Craig Bijou with Bank of America.

**Craig William Bijou**
*BofA Securities, Research Division*

So I wanted to ask a question, and it's really a follow-up on some of the other questions that have been asked. But if you look at your LALs sold for the first 2 quarters, they were in that 27,000 range, a little bit higher. And then I think the implied guide would have it down on an actual number, LAL sold basis pretty substantially.

So it seems like there's a little bit more of something else beyond a utilization dilution from some of the newer accounts that you're placing. I appreciate some of that's probably the market. But I guess I'm just trying to understand the expectation. It seems like some existing accounts are going to be doing a lot less or selling a lot less LALs than they were previously. So I'm just trying to reconcile some of the comments and maybe parse out the LAL sold -- the actual LAL sold versus the utilization comments.

**Shelley B. Thunen**
*Co-President & CFO*

No, I think that it's a good question. And I think at this point in time, as we look at the entire business and our guidance, we think it's more prudent to be conservative and particularly as we go into the third quarter, not knowing what seasonality is going to look like. So I think that that's really generating our commentary and our guidance on LALs as well as LDDs.

**Craig William Bijou**
*BofA Securities, Research Division*

Got it. And then one follow-up, Ron, on some of the accounts where you've enacted these new programs. I mean, any sense for -- have you seen incremental increases in utilization in those accounts that you've started some of these new programs in?

**Ronald M. Kurtz**
*Co-President, CEO & Director*

Yes, we have. And that's what gives us confidence that moving forward, we can move the needle at a larger number of accounts with more focus on these efforts.

**Operator**

Your next question comes from the line of Danielle Antalffy with UBS.

**Danielle Joy Antalffy**
*UBS Investment Bank, Research Division*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


**EXHIBIT 5**

Really, a lot of the questions have been asked, but just wanted to follow up on the penetration point that was made. And I guess, Ron, now this is the second quarter in a row of weaker-than-expected sales, do you guys feel differently about how you've been thinking about peak penetration?

And I'll ask my follow-up now because it's kind of tied to that. I mean, have the characteristics of the physicians that are adopting now that are ramping more slowly, has their patient profile changed? Has their profile changed in a meaningful way that maybe these just aren't docs that would be high adopters of a premium-priced technology? Sorry to go together, but one peels onion back a little bit more, and I'll leave it at that.

**Ronald M. Kurtz**
*Co-President, CEO & Director*

I don't think that there's a substantial difference in the patient population or the potential for premium in the practices that we're now going into. But they have different requirements, and we have to adapt, and this is something that we've done multiple times. We have to adapt our approach to that next group of adopting practices and surgeons. And we're in the process of doing that. It also is coupled with advancements in the technology, which also appeal to that next group. So I don't see this as being reflective of a ceiling. It's more of a transition to that next group, which is something that we would expect as we continue to move up the adoption cycle.

**Operator**

Your next question comes from the line of Tom Stephan with Stifel.

**Thomas M. Stephan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Ron, I wanted to ask about just outcomes you're seeing in the field with LAL. At least in our checks over the last handful of months, really the last 3 to 4 months, we've been hearing a bit more about unsatisfied patients and maybe that doctor sentiment seemingly is shifting a bit negative. So can you just discuss a bit outcomes in the field, what you're seeing, patient satisfaction, et cetera?

**Ronald M. Kurtz**
*Co-President, CEO & Director*

Yes, happy to, Tom. So we have been collecting Phase IV clinical data since we launched the product, and we primarily collect that from new accounts and new customers as they come on. And we don't see any change. The results are extremely excellent outcomes. They mirror almost identically most recent FDA outcomes. So I don't see a significant change in overall outcomes.

Of course, we're doing a lot more procedures. And so even a small percentage of unhappy patients is going to be a larger number than it was when we were doing a fewer number of procedures. And that's something that we look at as a learning opportunity, and it's a learning opportunity for our customers as we invest -- as we look into those cases, and we typically find a reason or an opportunity for improvement with those customers. So that's one of the things that we'll be focusing on. It's not a major point, but it's something that by expanding our clinical support programs, we can go into more detail with customers when they need it.

**Thomas M. Stephan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got it. Really helpful. And then second question just on LDDs. Ron, you've talked about kind of adapting the selling approach with sort of the next group of potential surgeons. As we think about LDDs and system placements, are there any kind of refined thoughts on the selling approach for placing systems in the U.S.?

**Ronald M. Kurtz**
*Co-President, CEO & Director*

At this time, I think it's still the basic premise that by adopting the LAL, practices can offer a differentiated high-quality vision product for their patients, and they can use it on a large variety of patients. That is the core benefit of the technology. And because they are converting generally more patients, about 40% to 45% of patients from patients who would otherwise have gotten a monofocal IOL without an additional payment to the practice, they are realizing a higher return on their investment. Now what we've run into is that as the adoption pace within those practices has taken longer, that ROI has also taken longer. So hence, our focus on accelerating that so that we can continue to point to the successes that we've had with that immediately preceding group.

**Operator**

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


EXHIBIT 5

I will now turn the call over to Ron Kurtz for closing remarks. Please go ahead.

**Ronald M. Kurtz**
*Co-President, CEO & Director*

Well, thank you, operator, and thank you all again for your interest in RxSight. We look forward to providing further updates at our regularly scheduled second quarter 2025 conference call in early August. Thank you again, and good night.

**Operator**
Ladies and gentlemen, this concludes today's call. Thank you all for joining, and you may now disconnect.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2025 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2025 S&P Global Market Intelligence.