# EXHIBIT 9

Equity Research

WELLS FARGO

Multi Company Update — July 10, 2024

**Med Tech - Diversified**
**Med Tech - Ophthalmology**

# Ophtho Survey: Bullish for GKOS' iDose; ALC PC-IOL Share Stable; Mixed on RXST

## Our Call

Our survey of 50 U.S. cataract surgeons points to (1) strong iDose adoption w/ nearly all surgeons planning to offer it, (2) ALC maintains share leadership in PC-IOLs despite new competition from JNJ, (3) LAL growth strong in 2024 but slows in 2025.

**Survey implies strong US iDose adoption.** 90% of respondents plan to adopt iDose, and they expect to perform 52 iDose procedures, on avg, by 2026. If we conservatively assume 25% of all US GKOS-trained surgeons (5,500 total surgeons) reach 25% of the implied iDose volumes, we arrive at ~18K iDose procedures in the US or $232M revenue, which represents solid upside to our model/consensus. We do caution that the survey is illustrative in nature and only captures physicians familiar with iDose.

**Respondents expect iDose will likely cannibalize some MIGS procedures.** Respondents expect nearly two-thirds of their iDose cases to be in combination with cataract surgery (combo-cataract). Of these combo-cataract cases, 33% are expected to be done with a MIGS (minimally invasive glaucoma) device—which implies the remaining 67% iDose may replace a MIGS procedure. We think this could be a negative for GKOS' iStent franchise in the future but the ASP uplift from iDose more than offsets this.

**iDose expected to be offered late in treatment paradigm.** As we had expected, the respondents believe iDose will primarily be positioned for non-compliant patients on drops. However, we were intrigued to see a subset of doctors citing iDose as a first-line therapy or alternative to drops (9% of iDose cases).

**Respondents expect ALC share to remain stable w/ JNJ gaining some share behind Odyssey.** ALC is expected to retain majority share (78% in 2023 to 77% in 2024 and 2025) of the market over the next 2 years, with PanOptix continuing to be the preferred lens of choice (~50%) followed by Vivity (~30%). JNJ Odyssey is expected to see share move from 2% in 2023 to 10% in 2025 primarily at the expense of other lens brands and older JNJ lenses. Overall JNJ is expected to gain ~3pts of share by 2026.

**Survey points to strong LAL volumes in 2024 but potential slowdown in 2025.** LAL represented 4% of the IOL (intraocular lens) mix in 2023 growing to 7% in 2024 and 8% in 2025. This implies 2024 and 2025 LAL volume growth of +72% and +22%, respectively, which is directionally similar to our 2024 forecast (+76%) but well below our 2025 growth rate (+48%). We were surprised to see US growth decelerate in 2025, but we see other catalysts for RXST including OUS (Europe and Asia).

Equity Analyst(s)

**Larry Biegelsen**
Equity Analyst | Wells Fargo Securities, LLC
Lawrence.Biegelsen@wellsfargo.com | 212-214-8015

**Simran Kaur**
Associate Equity Analyst | Wells Fargo Securities, LLC
SimranKaur@wellsfargo.com

**Lei Huang**
Associate Equity Analyst | Wells Fargo Securities, LLC
Lei.Huang@wellsfargo.com | 212-214-8039

**Vik Chopra**
Equity Analyst | Wells Fargo Securities, LLC
Vik.Chopra@wellsfargo.com | 212-214-8038

**Nathan Treybeck**
Equity Analyst | Wells Fargo Securities, LLC
Nathan.Treybeck@wellsfargo.com | 212-214-8042

**Dean Weinstock**
Associate Equity Analyst | Wells Fargo Securities, LLC
Dean.Weinstock@wellsfargo.com | 212-214-5047

All estimates/forecasts are as of 7/9/2024 unless otherwise stated. 7/10/2024 5:00:00EDT. Please see page 18 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

This document is for omoravcevic@rxsight.com and should not be distributed further.

**EXHIBIT 9**

## Financials

| | | | | FY EPS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rating | | Price | 2023A | 2024E | 2024E | 2025E | 2025E | FY P/E | | Price Target | |
| Company Name (Ticker) | Curr. | Prior | 07/09/24 | | Curr. | Prior | Curr. | Prior | 2024 | 2025 | To | From |
| **Med Tech - Diversified** | | | | | | | | | | | | |
| Johnson & Johnson (JNJ) | EW | NC | $147.05 | $9.92 | $10.55 | NC | $10.93 | NC | 13.9x | 13.4x | $163.00 | NC |
| **Med Tech - Ophthalmology** | | | | | | | | | | | | |
| Alcon Inc. (ALC) | OW | NC | $89.26 | $2.74 | $3.05 | NC | $3.44 | NC | 29.2x | 25.9x | $94.00 | NC |
| Glaukos Corp. (GKOS) | OW | NC | $121.75 | $(2.27) | $(1.93) | NC | $(1.17) | NC | NM | NM | $120.00 | NC |
| RxSight, Inc. (RXST) | OW | NC | $56.99 | $(1.41) | $(0.84) | NC | $(0.74) | NC | NM | NM | $68.00 | NC |

*Source: Company data and Wells Fargo Securities, LLC estimates, and Factset.*
*OW = Overweight, EW = Equal Weight, UW = Underweight, NR = Not Rated*
*NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful*



This document is for omoravcevic@rxsight.com and should not be distributed further.

**Survey Results**

*Part I: IOLs (cataract / intraocular lenses)*

**Survey suggests MSD% growth in cataract surgeries over the next two years**. Respondents estimate their centers performed an average of 904 cataract procedures in 2023 and expect this to rise to 965 (+6.7% y/y) in 2024 and to 1022 (+5.9% y/y) in 2025. See Exhibit 6. This is faster than our model which indicates +3.0% y/y growth over the same period. It's worth noting that cataract procedures have historically grown about 3% per year.

**Premium IOL penetration expected to grow from 39% in 2023 to 41% by 2024 and 43% by 2025.** We asked respondents to consider their mix of toric, PC-IOL (presbyopia-correcting), and LAL (light adjustable lens)—all of which represent premium IOLs in our survey. See Exhibit 7. For reference, we model premium IOL penetration of +19.1% in 2023, 19.6% in 2024, and 20.0% in 2025, respectively, which is more conservative than our survey. We'd note this sample of physicians likely comes from larger cataract surgery practices with typically higher premium IOL utilization rates. In terms of share among the premium category, PC-IOLs represented 43% in 2023, stepping down to 39% in each 2024 and 2025. We were a bit surprised to see the downward trend in PC-IOL share relative to our model. Torics represented 46% in 2023, stepping down to 43% and 41% in 2024 and 2025, respectively.

**LAL penetration appears to accelerate in 2023 and 2024, but slow down in 2025.** Among our respondents, LAL penetration is expected to grow from 4% in 2023 to 7% in 2024 and 8% in 2025. See Exhibit 7. This compares favorably to our model where we estimate LAL penetration of 1%, 2% and 3% over the same time period. Within the premium IOL category, the implied LAL share is 11% in 2023, jumping to 17% in 2024 and 19% in 2025—which compares to our estimated 6% share in 2023, 10% in 2024 and 14.5% expected in 2025. **The survey implies 2024 and 2025 LAL volume growth of +72% and +22%, respectively, which compares to our LAL US sales forecast of +76% and +48% y/y.**

**46% of respondents utilize LAL today.** 30% plan to offer LAL within the next 6 to 24 months, while the remaining 24% have no plans to offer it within the next 24 months. See Exhibit 10. Those who do not plan to offer LAL (n=12) within the next 24 months mainly cited reasons such as cost, the incremental time commitment (burden), and patient disinterest/unwillingness. See Exhibit 11 for verbatim responses.

**ALC is the preferred brand for PC-IOL among respondents.** Among the most common PC-IOL brands, on a weighted average basis, Alcon (PanOptix and Vivity) was the most popular option. See Exhibit 9. Respondents expect ALC share to remain relatively stable from 78% in 2023 and 2024 to 77% in 2025. JNJ is expected to gain 3 points of incremental share in 2024 (21%) and remain flat in 2025 (21%) mostly at the expense of the "Other" category (Bausch & Lomb and Acunex cited by respondents). Furthermore, we see that new PC-IOLs, such as JNJ Odyssey, is more likely to take share from existing JNJ lenses (primarily Synergy in our survey) rather than competitive share away from ALC. Specifically, Odyssey represented 2% of PC-IOL cases in 2023 and is expected to grow to 6% in 2024 and 10% in 2025. Synergy, Symfony, and Other lenses are expected to see a step down. See Exhibit 8.

*Part II: iDose*

**90% of respondents plan to offer iDose.** 80% plan to offer it in 2024 and 90% plan to offer it in 2025 and 2026. See Exhibit 13. Those who do not plan to offer iDose (n=3) within the next 24 months cited reasons such as (1) device is too expensive, (2) concerns about reimbursement, (3) limited number of eligible/addressable patients, (4) want longer-term efficacy data, and (5) procedure is too invasive and potential safety concerns. See Exhibit 17. That said, the overall feedback on iDose continues to be largely positive. See verbatim responses in Exhibit 19.

**96% of respondents expect to be trained on iDose within the next two years.** 82% (n=36) expect to be trained by year-end 2024. 6% (n=3) of respondents said they expect to be trained within 13-24 months. See Exhibit 16.

**Respondents estimate total iDose volumes will grow at a 40%+ CAGR through 2026.** Respondents expect to perform 29 iDose procedures in 2024 growing to 41 (+41% y/y) in 2025 and 52 (+26% y/y) in 2026, on a weighted average basis. See Exhibit 14.

**Implied iDose volume suggests significant potential upside to our estimates.** If we extrapolate this survey sample to all U.S. ophthalmology physicians who have been trained on GKOS products, of which



This document is for omoravcevic@rxsight.com and should not be distributed further.

EXHIBIT 9
397

there are 5,500 surgeons in the U.S. (according to GKOS), then 90% adoption (as implied in our survey) would mean nearly 4,950 surgeons are likely to offer iDose. Using the survey implied volume (52 avg procedures), we arrive at 257K peak iDose procedures or ~$3.35B opportunity (assuming ~$13K ASP). However, in a more reasonable scenario, if we haircut iDose adoption rate to ~25% of physicians (1,375 surgeons) and assume 25% of volumes (13 procedures), then we get to an implied 17,875 procedures or $232M iDose revenue, which still represents significant upside to our 2026 estimate of $101M and consensus of $201M (according to VisibleAlpha). We do note some caveat with this analysis: (1) it is illustrative in nature; (2) our sample looks at high volume cataract surgeons, not surgeons specifically trained on GKOS products; (3) the survey only captures physicians familiar with iDose.

**Survey implies ~60/40 split between combo-cataract and standalone iDose.** Survey respondents expect to use iDose during cataract surgery in 57% of procedures in 2024, growing to 63% in 2025 and 62% in 2026 (w/ standalone iDose stepping down from 43% in 2024 to 37% and 38% in 2025 and 2026, respectively). We'd note that this survey sample was primarily high volume cataract surgeons, not glaucoma physicians. GKOS has said that they want to focus on building the standalone interventional market around iDose initially, but it appears that the low hanging fruit continues to be combo-cataract.

**Respondents expect iDose to cannibalize some MIGS volumes.** Respondents who expect to do combo-cataract iDose procedures indicated they will do 33% of those cases concomitantly with a MIGS device. This implies the remaining 67% iDose cases are a replacement for a traditional MIGS in the combo-cataract procedure. MIGS includes stents, canaloplasty, and goniotomy, and GKOS represents a small fraction of these procedures. We did not ask survey respondents to differentiate between the three types. This could be potentially negative for iStent volumes in the future as GKOS could see cannibalization from iDose. However, given the much higher ASP of iDose compared to iStent, this is a good economic trade-off for GKOS.

i**Dose expected to be positioned 2L/3L in the glaucoma treatment paradigm.** As we had expected, the respondents believe iDose will primarily be positioned for non-compliant patients on drops. However, we were intrigued to see a subset of doctors citing iDose as a first-line therapy or alternative to drops (9% of cases). Furthermore, a handful of respondents stated they expect 14% of their iDose cases to come from Durysta failure/replacement, which we had expected would be higher number. See Exhibit 18.



This document is for omoravcevic@rxsight.com and should not be distributed further.

**Survey methodology:** Between June 20 and July 5, we surveyed a total of 50 **Comprehensive Cataract Surgeons** practicing in the US. Further, to participate in our survey, the participants needed to have each of the following-

1. Performed a minimum of 200 cataract procedures in 2023
2. Performed a minimum of 100 MIGS (minimally invasive glaucoma) procedures 2023
3. Were either "Very familiar", or "Somewhat familiar" with the GKOS's iDose

Respondents selected for our survey came from 22 different states across the US (Exhibit 1). They had performed an average of 904 cataract procedures and 204 MIGS procedures in 2023 (see Exhibits 3 and 4). More than half of the respondents (58%) were "Very familiar" with iDose (Exhibit 5). Additionally, 90% of the surveyed surgeons operate in private practice (self-owned or as an employee) (Exhibit 3).

## Survey Screening Questions

**S1: Please select your state of work/residence.**

Exhibit 1 - State of work/residence (N=50)

| State | Count | State | Count |
|---|---|---|---|
| California | 11 | Hawaii | 1 |
| New York | 5 | Indiana | 1 |
| Pennsylvania | 5 | Iowa | 1 |
| Florida | 3 | Kentucky | 1 |
| Michigan | 3 | Minnesota | 1 |
| Texas | 3 | Montana | 1 |
| Georgia | 2 | New Jersey | 1 |
| Illinois | 2 | North Carolina | 1 |
| Massachusetts | 2 | Oregon | 1 |
| Wisconsin | 2 | Virginia | 1 |
| Connecticut | 1 | Washington | 1 |

Source: Wells Fargo Securities, LLC survey, June- July 2024

**S2: What is your medical specialty?**

All 50 respondents were Comprehensive Cataract Surgeon, and respondents from any other specialty were screened out.

**S3: What best describes your practice setting?**

Private practice (owner/have an ownership stake)

- Academic institution
- Private practice (employee)
- Hospital/healthcare system



This document is for omoravcevic@rxsight.com and should not be distributed further.

Exhibit 2 - Respondents' practice setting




Source: Wells Fargo Securities, LLC survey, June- July 2024

**S4 How many total cataract procedures did you perform in 2023?**

Exhibit 3 - Cataract procedures performed by respondents in 2023

| | # of procedures |
|---|---|
| **Average** | 904 |
| **Median** | 800 |
| **Max** | 2,400 |
| **Total** | **45,220** |

Source: Wells Fargo Securities, LLC survey, June- July 2024

Respondents with less than 200 cataract procedures in 2023 were screened out

**S5: How many total MIGS (minimally invasive glaucoma) procedures did you perform in 2023?**

Exhibit 4 - MIGS performed by respondents in 2023

| | # of procedures |
|---|---|
| **Average** | 204 |
| **Median** | 190 |
| **Max** | 400 |
| **Total** | **10,194** |

Source: Wells Fargo Securities, LLC survey, June- July 2024

Respondents with less than 100 MIGS procedures in 2023 were screened out

**S6: How familiar are you with Glaukos' iDose device?**



This document is for omoravcevic@rxsight.com and should not be distributed further.

EXHIBIT 9
400

Exhibit 5 - Respondents' familiarity with Glaukos' iDose




Source: Wells Fargo Securities, LLC survey, June- July 2024

Respondents who were either “Slightly familiar” or “Not at all familiar” were screened out



This document is for omoravcevic@rxsight.com and should not be distributed further.

## Survey Questions & Responses

**Q1: How many cataract procedures do you expect to perform in 2024 and 2025?**

Exhibit 6 - Average cataract procedures performed to grow at +6.3% CAGR from 2023-2025E




Source: Wells Fargo Securities, LLC survey, June- July 2024

**Q2: For your cataract procedures, what was your percentage mix of IOLs (intraocular lenses) case in 2023 and how do you expect that to change?**

- **Standard Monofocal**
- **Toric IOL**
- **Presbyopia-Correcting (PC-IOL)**
- **Light Adjustable Lens (LAL) (RxSight)**

Exhibit 7 - IOL mix for cataract procedures*




Source: Wells Fargo Securities, LLC survey, June- July 2024

**Weighted to cataract procedures count in Question 1*



This document is for omoravcevic@rxsight.com and should not be distributed further.

EXHIBIT 9

402

**Q3: What was your percentage mix of fixed presbyopia-correcting (PC-IOL) cases by lens brand in 2023 and how do you expect that to change?**

- PanOptix (ALC)
- Vivity (ALC)
- Tecnis Symfony (JNJ)
- Tecnis Synergy (JNJ)
- Tecnis Odyssey (JNJ)
- Other

Exhibit 8 - PC-IOL mix by lens brand*




Source: Wells Fargo Securities, LLC survey, June- July 2024

**Weighted to implied (PC-IOL) cases count in Question 2*

*Responses under other category included following - B&L, None, and Acunex*

Exhibit 9 - PC-IOL mix by company




Source: Wells Fargo Securities, LLC survey, June- July 2024

*ALC includes PanOptix, and Vivity. JNJ includes Tecnis Symfony, Tecnis Synergy, and Tecnis Odyssey*

**Weighted to implied (PC-IOL) cases count in Question 2*



This document is for omoravcevic@rxsight.com and should not be distributed further.

EXHIBIT 9
403

*Responses under other category included following - B&L, None, and Acunex*

**Q4: Have you adopted RxSight's light adjustable lens (LAL) technology?**

Exhibit 10 - Response to Q4




Source: Wells Fargo Securities, LLC survey, June- July 2024

**Q4a: Please describe why you have NOT yet adopted and/or do NOT expect to adopt RxSight's LAL (light adjustable lens) technology.**

{Respondents who answered No in question 3; N = 27}



This document is for omoravcevic@rxsight.com and should not be distributed further.

Exhibit 11 - Responses to Q4a

| Verbatim Responses |
|---|
| Awaiting real world long term followup data. |
| cost is high and need funding |
| Cost of capital. |
| Cost prohibitive and I am satisfied with Alcon lenses and I have seen some unhappy LAL patients in consultation |
| Costly. Inefficient. Adds nothing. |
| Expense to me and my patient base |
| Expensive capital costs |
| great results with my current IOLS |
| I am happy with the options I have available and don't want to add another option to my protocol |
| I do not believe that it adds any benefit to my practice. My LASIK/PRK enhancement for missed target refraction is less than 2%. Since I have access to a LASIK laser, I do not foresee myself needing to invest in this technology. |
| Lack of investment in the technology. Perception of few patients willing to pay for it. |
| Long-term stability and safety are unknown |
| need to learn more about it |
| Not yet familiar |
| Our practice is multispecialty with two cataracts surgeons. We are currently not high volume enough to justify the cost of purchasing LAL technology. |
| price/value of procedure not worth it. there are better alternatives. |
| Reimbursement and cost issues for patients |
| requested and making capital expense adjustments, in the works. |
| start-up cost is prohibitive due to current lack of patient interest |
| This increases costs without a significant improvement in clinical outcomes. This is a technology that was looking for an indication. Practices have adopted for marketing advantage and to charge excessive amounts to patients to justify the increase in costs. I would much rather perform excimer laser for touch ups in the rare case that it is needed. This lowers costs and is much more precise than LAL. |
| Time consuming |
| Other premium lens choices are available excellent |
| too expensive for the patients and extremely time consuming |
| Too much time for lock in |
| Up-front cost of laser |
| Waiting for more data |
| Waiting to see more real world data. |
| We did not have the funds and just recently received money in the budget. |

Source: Wells Fargo Securities, LLC survey, June- July 2024

**Q4b: What will it require for your light adjustable lens (LAL) volumes to grow more than you currently expect?**

{Respondents who answered Yes in question 3; N = 23}



This document is for omoravcevic@rxsight.com and should not be distributed further.

Exhibit 12 - Responses to Q4b

| Verbatim Responses |
|---|
| Better counseling by my surgery coordinator |
| Better technician training and patient education |
| Cost reduction and better patient counselling is required |
| I think it will take an improved economy with lower inflation and more disposable income for my patient population |
| I think patient cost as well as making sure glare and halos are minimized |
| Improved economic outlook |
| Improved economy, fewer lock ins, presbyopia correction |
| Increasing demand, decreasing chair time for lock in, co-manage lock in |
| LALs are very expensive and time consuming; cost needs to come down |
| less chair time |
| Lower costs for my patients |
| More affordable to the patients |
| More time and use - older habits and change are a challenge for me |
| need more help in the office with post op treatments |
| Optom support in the office for refractions. We are hiring another optom to help support LAL growth. |
| Patient education and results |
| patient education on its availability. would also help if the adjustment process was less cumbersome. |
| Patient knowledge. |
| Price to come down |
| Simplified process for adjustments |
| Smoother postoperative process |
| Solve the issue of too many postop visits and time, better depth of focus |
| the plus lens will help |

Source: Wells Fargo Securities, LLC survey, June- July 2024

**Q5: How many iDose procedures (# of eyes) do you expect to perform in each of the following years? Please consider 1 procedure = 1 eye per patient; If a patient had iDose in both eyes = 2 procedures.**

Exhibit 13 - 90% of respondents intend to start performing iDose procedures from 2025




Source: Wells Fargo Securities, LLC survey, June- July 2024



This document is for omoravcevic@rxsight.com and should not be distributed further.

Exhibit 14 - Expected average iDose procedures (among respondents planning to use iDose)




Source: Wells Fargo Securities, LLC survey, June- July 2024

**Q6: What percentage of iDose procedures do you expect to do in the standalone setting versus in combination with cataract surgery (i.e., combo-cataract) in each of the following years? - 2024, 2025, 2026**

Exhibit 15 - iDose procedures mix *




Source: Wells Fargo Securities, LLC survey, June-July 2024

**Weighted to iDose procedures count in Question 5*

**Q6a: What percentage of your iDose combo-cataract procedures will you do in combination with a MIGS (minimally invasive glaucoma) device?**

*{for respondents that have >0% for combo cataract procedures in Q5 in any of the years. n= 38, three respondents didn't see this question}*



This document is for omoravcevic@rxsight.com and should not be distributed further.

EXHIBIT 9
407

Respondents said that they expect to perform, on an average of 33% and a median of 20%, iDose combo-cataract procedures in combination with a MIGS device

**Q7: When do you expect to be trained on iDose, if at all, by Glaukos reps?**

Exhibit 16 - Respondents' expectations on receiving iDose training




Source: Wells Fargo Securities, LLC survey, June- July 2024

**Q8: Please select your top 3 reasons why you do not expect to adopt Glaukos' iDose within the next 24 months**

- Device is too expensive
- Concerns about reimbursement
- Need longer-term efficacy data
- Duration is too short
- Procedure is too invasive
- Procedure is too difficult/complex
- Unable to do "buy & bill" in our ASC / Not able to perform procedure in an office setting
- Concerns about safety
- Limited number of eligible/addressable patients
- Other

Only surgeons who responded "*I do not expect to be trained on iDose within the next 24 months*" on Q7.
N = 3

Exhibit 17 - Reasons for not adopting Gkos iDose, as provided by respondents

| Respondent # | Top 3 reasons |
|---|---|
| 8 | Device is too expensive<br>Concerns about reimbursement<br>Limited number of eligible/addressable patients |
| 23 | Need longer-term efficacy data<br>Procedure is too invasive<br>Concerns about safety |
| 28 | Need longer-term efficacy data<br>Limited number of eligible/addressable patients<br>Other - I don't see many glaucoma patients |

Source: Wells Fargo Securities, LLC survey, June- July 2024



This document is for omoravcevic@rxsight.com and should not be distributed further.

**Q9: What percentage of your iDose procedures do you expect to perform at the following stages of glaucoma treatment?**

Only surgeons who didn't respond "*I do not expect to be trained on iDose within the next 24 months*" on Q7. N = 47

Exhibit 18 - Percentage of iDose procedures expect to perform at different stages of glaucoma treatment




Source: Wells Fargo Securities, LLC survey, June- July 2024

*Response under other category includes - After filter*

**Q10: What else would you like to add regarding Glaukos' iDose device?**



This document is for omoravcevic@rxsight.com and should not be distributed further.

Exhibit 19 - Responses to above question

| Verbatim Responses |
|---|
| Affordable price |
| Best used when patient already undergoing cataract surgery and needs drop reduction due to side effects, or in addition to drops/implants/laser but prior to trab/tube. |
| Competitive pricing and more focus on cataract surgeon's skill training |
| Concerned about repeatability and cost and duration of effect |
| Cost may be an issue |
| Curious to see how my real world experience compares to the trials |
| Disruptive technology that can change the way we manage the disease |
| Easy to do in combination with cataract surgery. Limited IOP lowering potential so less likely to do standalone or as first line. May help get off one drop, likely not much more, in my experience. |
| excellent company |
| FDA approval process for repeat procedures |
| Glaukos is well positioned to dominate the MIGS market for the foreseeable future. |
| High cost and lack of insurance coverage for repeat procedure will be major hurdles to obtaining market share |
| I am concerned about the patient cost |
| I love that it doesnt add another drop for my patients and it does not increase corneal toxicity |
| I would like to know the complications |
| I would prefer to do it on pseudophakic eyes that have no other contraindications like CME or iritis |
| If long-term efficacy data is supportive, it will likely be a great option for patients. |
| it is way too expensive and since it is being paid from the medicare pool...ophthalmologists will suffer |
| It’s too expensive |
| it's a good product |
| Just getting started - i like it better than durysta.  more use into 2025 |
| Long term outcomes data |
| more data from real life will help |
| Need improved insurance coverage |
| Neovascular glaucoma |
| Nice concept price ridiculous |
| No good role. Costly. More risky than other procedures. |
| Only Medicare with supplement for next year likely |
| Reimbursement is a challenge |
| Repeatability would be an advantage. |
| see real world results before deciding predictability of benefit |
| So far I am happy with Glaukos products. |
| Too expensive and too big. Problem that it is not reloadable easily |
| Using this will also depend on insurance coverage and patient acceptability of invasive procedures |
| Very expensive pricing |
| very expensive, limited patient population. |
| waiting for more studies |
| Waiting to see noticeable better patient outcomes |
| Would be useful in not working trabeculectomies |

Source: Wells Fargo Securities, LLC survey, June- July 2024

*Non material responses such as no, na, nothing etc. removed from the above table*



This document is for omoravcevic@rxsight.com and should not be distributed further.

## Investment Thesis, Valuation and Risks

### Alcon Inc. (ALC)

**Investment Thesis**

Our Overweight rating reflects our expectation that ALC will continue to grow above the market and deliver margin expansion to drive double-digit EPS growth.

**Target Price Valuation for ALC: $94.00 from NC**

- $94 price target is based on about 17x our 2025E EBITDA estimate.
- 17x represents a premium to ALC's peers, which we believe is warranted based on its margin expansion outlook.

**Risks to Our Price Target and Rating for ALC**

Risks include worsening macro headwinds, slower-than-expected margin expansion, significant pipeline setbacks, geopolitical uncertainties in China, and unexpected new competition.

### Glaukos Corp. (GKOS)

**Investment Thesis**

We believe GKOS has a number of potential catalysts in 2024 that should support the shares, including the launch of iDose and positive reimbursement updates for stents and iStent Infinite. We are Overweight rated.

**Target Price Valuation for GKOS: $120.00 from NC**

- Our $120 price target is based on 13x our 2025E sales forecast of $444MM.
- Our EV/sales multiple reflects the positive recent reimbursement developments and their promising iDose pipeline product

**Risks to Our Price Target and Rating for GKOS**

Risks include pipeline delays / setbacks, slower-than-expected new product adoption, and negative reimbursement changes.

### Johnson & Johnson (JNJ)

**Investment Thesis**

Our Equal Weight rating reflects our expectation that JNJ's underlying growth continues to improve post-KVUE spin, with easing of multiple headwinds and new product launches.

**Target Price Valuation for JNJ: $163.00 from NC**

- Our $163 price target implies ~15x our 2025E EPS estimate and is based on a sum-of-the-parts analysis.
- Pharma peers trade at ~13x forward earnings, and we assume JNJ Pharma trades at ~14x given its above-average growth profile and robust pipeline.
- Medtech peers trade at 16x forward earnings, and we assume JNJ MedTech trades at ~17x given its improving growth and margin profile.
- Based on operating profit, Pharma and MedTech mix represent 75/25 of JNJ's overall profit mix.

**Risks to Our Price Target and Rating for JNJ**

Risks to the upside include a slower Stelara LOE erosion with more benign earnings impact, faster resolution of talc litigation, strong underlying procedure volume trend, and faster underlying margin expansion post-KVUE separation.
Risks to the downside include a faster Stelara LOE erosion with greater earnings impact, talc litigation takes much longer to resolve, unexpected significant pipeline delays, and worsening industry environment.

### RxSight, Inc. (RXST)

**Investment Thesis**

Our Overweight rating on RXST reflects the company's first-in-class IOL technology that can be customized after cataract surgery and its growth opportunity in the multi-billion dollar premium IOL market weighed as well as new product tailwinds from the new LDD and upcoming LAL+

**Target Price Valuation for RXST: $68.00 from NC**

- Our $68 price target is based on ~13x our 2025 total revenue forecast.
- Multiple is a premium to other high growth medtech peers due to RXST's stronger growth profile.

**Risks to Our Price Target and Rating for RXST**

Risks to our price target include a severe economic downturn, slower-than-expected market adoption, uncertainties of COVID resurgence, unexpected new competition, and significant pipeline delays.



This document is for omoravcevic@rxsight.com and should not be distributed further.

## Required Disclosures

I, Larry Biegelsen, certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## Additional Information Available Upon Request




Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)




Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)



This document is for omoravcevic@rxsight.com and should not be distributed further.

**EXHIBIT 9**
**412**




Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)




Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC, maintains a market in the common stock of Glaukos Corp..

Wells Fargo Securities, LLC, maintains a market in the common stock of RxSight, Inc..

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from RxSight, Inc. in the next three months.

Wells Fargo Securities, LLC, maintains a market in the common stock of Alcon Inc..

Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 0.5% or more of any class of the common stock of Johnson & Johnson.

Wells Fargo Securities, LLC, or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of Johnson & Johnson.

Wells Fargo Securities, LLC, maintains a market in the common stock of Johnson & Johnson.

Wells Fargo Securities, LLC, or its affiliates has a significant financial interest in Johnson & Johnson.

**STOCK RATING**



This document is for omoravcevic@rxsight.com and should not be distributed further.

**OW=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. (BUY)

**EW=Equal Weight**: Total return on stock expected to be -10% to +10% over the next 12 months. (HOLD)

**UW=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. (SELL)

**NR=Not Rated**: The rating and price target has been removed due to lack of fundamental basis to support the recommendation or due to legal, regulatory or company policy considerations.

**As of July 9, 2024**
49.9% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight. (BUY)
41.2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight. (HOLD)
8.8% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight. (SELL)
Wells Fargo Securities, LLC has provided investment banking services for 37.6% of its Equity Research Overweight-rated companies. (BUY)
Wells Fargo Securities, LLC has provided investment banking services for 39.0% of its Equity Research Equal Weight-rated companies. (HOLD)
Wells Fargo Securities, LLC has provided investment banking services for 31.6% of its Equity Research Underweight-rated companies. (SELL)

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities, LLC ("Wells Fargo Securities").

FINRA regulation requires member firms to assign ratings to one of three rating categories: Buy, Hold and Sell. In accordance with FINRA regulation and solely to satisfy those disclosure requirements in the ratings distribution table and ratings history chart contained in these Required Disclosures, our rating of Overweight corresponds to a Buy rating; Equal Weight corresponds to a Hold rating; and Underweight corresponds to a Sell rating.

WFS Research may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in WFS Research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC and Wells Fargo Securities International Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States and Wells Fargo Securities International Limited is regulated under laws of the United Kingdom. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC or Wells Fargo Securities International Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States or United Kingdom and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Canadian Investment Regulatory Organization (CIRO) and, Member – Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**China** – Strictly Private and Confidential. For the sole use of the recipient only. Not to be copied or redistributed within the People's Republic of China.

**Brazil** - This report was not created for distribution to investors resident in Brazil or to the Brazilian public in general. Wells Fargo Securities, LLC is a broker-dealer registered in United States of America with and regulated by the U.S. Securities and Exchange Commission. Wells Fargo Securities, LLC is not registered in Brazil and its products, including this report and the securities mentioned in this report, have not been and will not be publicly issued, placed, distributed, offered or negotiated in the Brazilian capital markets, and, as a result, have not been and will not be registered with the Brazilian Securities Commission (Comissão de Valores



This document is for omoravcevic@rxsight.com and should not be distributed further.

Mobiliários, the CVM). The offer of Wells Fargo Securities, LLC's products, including this report and any securities mentioned in this report, is intended only for residents in the countries in which Wells Fargo Securities, LLC is authorized to operate.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should seek professional advice, including tax advice, to determine whether any advice or recommendation in the attached research report is suitable for their particular circumstances. The information in this report is provided as of the date of the report and has been obtained or derived from sources believed by WFS Research to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at the time that the report was published, and are subject to change without notice.

All Wells Fargo Securities research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third-party aggregators.

Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top-rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com.

Clients of WFS Research are permitted to store, display, analyze, modify, reformat, copy, duplicate and reproduce this report and the information contained within it for their own internal use and for no other purpose. Without the prior written consent of Wells Fargo Securities, no part of this report may be copied, duplicated or reproduced in any form by any other means. In addition, this report and its contents may not be redistributed or transmitted to any other party in whole or in part, directly or indirectly, including by means of any AI Technologies (defined below) through which this report or any portion thereof may be accessible by any third-party. "AI Technologies" means any deep learning, machine learning, and other artificial intelligence technologies, including without limitation any and all (a) proprietary algorithms, software, or systems that make use of or employ neural networks, statistical learning algorithms (such as linear and logistic regression, support vector machines, random forests or k-means clustering) or reinforcement learning, or curated data sets accessible by any of the foregoing or (b) proprietary embodied artificial intelligence and related hardware or equipment.

In addition, certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by Wells Fargo Securities, its affiliates or one or more third parties (collectively, "Protected Content"). Protected Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Protected Content included in this report for purposes other than fair use requires permission from Wells Fargo Securities or, in the case of content attributed to any third party, the third-party copyright owner. You may not alter, obscure, or remove any copyright, trademark or any other notices attached to or contained within this report. These Conditions of Use are not intended to, and will not, transfer or grant any rights in or to the report or the information contained within it other than those rights that are specifically described herein. All rights not expressly granted herein are reserved by Wells Fargo Securities or the third-party providers from whom Wells Fargo Securities has obtained the applicable information.

Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting.

Copyright © 2024 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE



This document is for omoravcevic@rxsight.com and should not be distributed further.