ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ (147029)
LAURA ANDRACCHIO (187773)
CHRISTOPHER R. KINNON (316850)
ASHLEY G. PYLE (364175)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
landracchio@rgrdlaw.com
ckinnon@rgrdlaw.com
apyle@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re RxSIGHT, INC. SECURITIES LITIGATION | Case No. 8:25-cv-01596-FWS-KES |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFF'S NOTICE OF RECENT AUTHORITY |
| ALL ACTIONS. | |

4931-0826-3322.v1

Lead Plaintiff Michigan Laborers' Pension Fund ("Plaintiff") respectfully submits this Notice of Recent Authority to bring to the Court's attention an opinion in *In re The Trade Desk, Inc. Sec. Litig.*, ___ F. Supp. 3d ___, 2026 WL 790911 (C.D. Cal. Mar. 17, 2026).  A copy of the decision is attached as Exhibit A.

In *Trade Desk*, which involved claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934, the court's analysis of falsity—including actionable and misleading statements and defendants' knowledge of contradictory adoption data undermining their positive claims—as well as its analysis of scienter, are relevant to the arguments raised in §§V.A, V.B, and VII of Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss the Amended Complaint (ECF 50).

DATED:  March 24, 2026

ROBBINS GELLER RUDMAN
 & DOWD LLP
SPENCER A. BURKHOLZ
LAURA ANDRACCHIO
CHRISTOPHER R. KINNON
ASHLEY G. PYLE

s/ Christopher R. Kinnon
CHRISTOPHER R. KINNON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
landracchio@rgrdlaw.com
ckinnon@rgrdlaw.com
apyle@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 1 -

4931-0826-3322.v1

WATKINS, PAWLICK, CALATI
  & PRIFTI, PC
LAUREN CRUMMEL
1423 E. Twelve Mile Road
Madison Heights, MI  48071
Telephone:  248/658-0797
248/658-0801 (fax)
lcrummel@wpcplaw.com

Additional Counsel

- 2 -

4931-0826-3322.v1