**NOTE: CHANGES MADE
BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re RxSIGHT, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 8:25-cv-01596-FWS-KES<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT STIPULATION SETTING DEADLINES FOR CLASS CERTIFICATION BRIEFING [60] |

Based on the record, as applied to the relevant law, and for the good cause demonstrated in the Joint Stipulation Setting Deadlines for Class Certification Briefing submitted by Lead Plaintiff Michigan Laborers' Pension Fund ("Plaintiff") and defendants RxSight, Inc., Ron Kurtz, and Shelley Thunen (collectively, "Defendants") (Dkt. 60, "Stipulation"), the court **GRANTS** the Stipulation. Accordingly, the court **ORDERS**:

1.      Plaintiff's motion for class certification shall be filed by **October 15, 2026**, with a hearing on the motion noticed for a date no earlier than **March 18, 2027**;

2.      Defendants' opposition to Plaintiff's motion for class certification shall be filed by **December 15, 2026**; and

- 1 -

3.     Plaintiff's reply in support of its motion for class certification shall be filed by **February 15, 2027**.

**IT IS SO ORDERED**.

Dated:  June 21, 2026

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

- 2 -